UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RENEE GABET, <br> ANNIE OAKLEY ENTERPRISES INC., <br>    Plaintiffs, <br><br>     v. <br><br> AMAZON.COM INC, <br> JOHN DOES 1-50, <br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 1:22-cv-02246-JPH-MKK <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

This matter comes before the Court on Defendant's Motion to Strike Plaintiffs' Motion for Leave to File a Second Amended Complaint and for Further Sanctions, Dkt. [95]. The Court, being duly advised, hereby **GRANTS IN PART** said Motion for the reasons set forth below.

**A. Background**

On May 8, 2023, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint. (Dkt. 90). Exhibit A to the proposed second amended complaint, entitled "Exhibit A -ASINs Identified so far", consists of an extremely lengthy list of alphanumeric entries. (*See* Dkt. 90-1 at 34-37). The format of the document precludes a reader from "searching" or "copying and pasting" these entries. In other words, they appear to be in image, as opposed to text, format.

On May 12, 2023, Defendant filed the Motion now before the Court, asking that the Court (1) strike Plaintiffs' Motion for Leave to File a Second Amended

Complaint as "non-compliant" with District filing guidelines and (2) sanction Plaintiffs' counsel for such non-compliance. (Dkt. 95 at 2; Dkt. 96 at 3-4). Plaintiffs responded in opposition, characterizing Defendant's Motion as "frivolous" and asserting that Defendant already has a "text-copyable list of ASINs." (Dkt. 101 at 1, 3). In reply, Defendant states that it has "*different* text-searchable lists." (Dkt. 103 at 2 (emphasis in original)).

**B.     Formatting Rules**

Southern District of Indiana Local Rule 5-1 governs the format of documents presented for filing. Documents submitted via the electronic case filing ("ECF") system must be in PDF format and "converted to a .pdf file directly from a word processing program, unless [the document submitted] exits only in paper format . . . ." S.D. Ind. L.R. 5-1(c). The Rule also states that documents must comply with the *CM/ECF Policies and Procedures Manual* ("ECF Manual"). *Id.*

The ECF Manual imposes its own requirements on electronic filings. "All pleadings and other filings . . . must be converted to PDF format directly from a word processing program . . . , rather than created from the scanned image of a paper document." *ECF Manual* at 10.[1] "An exhibit may be scanned into PDF format . . . only if it does not already exist in electronic format." *Id.* These rules (along with others) help "ensure that as much of the case as possible is managed electronically." *Id.* at 9.

---

[1] Available at https://www.insd.uscourts.gov/sites/insd/files/ECF%20Admin%20Policies%20and%20Procedures%20-%20Revised%2003.03.22.pdf (last accessed June 5, 2023).

## C. Discussion

Regardless of whether Defendant has a version of Exhibit A (or some variation thereof) that is amenable to searching and copying, the Court is concerned more with the public and wants to ensure that publicly-filed documents are as reader-friendly as possible. *See Bond v. Utreras*, 585 F.3d 1061, 1075 (7th Cir. 2009) ("The rights of the public kick in when material produced during discovery is filed with the court."). Furthermore, it is apparent from Plaintiffs' response in opposition that Plaintiffs either already have a "text-copyable" version of proposed Exhibit A or can create one. Therefore, requiring Plaintiffs to revise their submission will not present any hardship.

For these reasons, the Court **GRANTS IN PART** the Motion and **STRIKES** Exhibit A to Plaintiffs' Proposed Second Amended Complaint, *i.e.*, Dkt. 90-1 at 34-37. **Within seven days (7) of this Order,** Plaintiffs **shall file** a revised version of Exhibit A that is both "text-copyable" and electronically "searchable."

The Court **DENIES IN PART** the Motion, to the extent that the Court declines to impose sanctions at this time.

So ORDERED.

Date: 6/5/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email