# EXHIBIT 1



# DECLARATION OF NATHANIEL E FRANK-WHITE

1. I am a Records Request Processor at the Internet Archive. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a display of available dates. The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL". Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of browser screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each printout.

AMZN_AOE3000006642



7.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: October 12, 2023

*Nathaniel E Frank-White*
Nathaniel E Frank-White

AMZN_AOE3000006643

# EXHIBIT A

AMZN_AOE3000006644

https://web.archive.org/web/20220604062146/http://www.annieoakley.com/sitemap

AMZN_AOE3000006645

INTERNET ARCHIVE
WayBack Machine
http://www.annieoakley.com/sitemap    Go
20 captures
24 May 2018 - 6 Jun 2023
OCT JUN SEP
◄ 04 ►
2021 2022 2023
About this capture



SEARCH 🔍

HOME    STORE LOCATOR    **ANNIE OAKLEY** NATURAL PERFUMERY Established 1980    SUBSCRIBE    MY ACCOUNT

NEW    PRODUCTS    WOMEN    MEN    GIFTS    TOURS & GIFT SHOP    ABOUT US

## Site Map

### Categories

- After Shave Balm
- All Essential Oils
- Annie
- Anniversary
- Back to School Essentials
- Bath &amp; Body
  - Conditioner
  - Foaming Body Wash
  - Hand Sanitizer
  - Luxurious Body Lotion
  - Massage Body Oils &amp; Carriers
  - Men's Essentials
  - Shampoo
  - Skincare
- Bleu Ridge for Him
- Body Lotion for Men
- Body Wash for Men
- Breathe Pure
- Caballero for Him
- Chamomile in Jojoba Oil
- Cherry Blossom
- Citrus
- Citrus &amp; Honey
- Clary Sage 100% pure essential oil
- Deodorizing Body Spray for Men
- Diffusers
- Don't Touch Me Outdoor Body Spray
- Essential Oils
- Accessories
  - JOY RIDE™ Aroma Oil Diffuser for Car &amp; Truck
  - Essential Oil Kits
  - Single Pure Essential Oils
  - Synergy Custom Blends
- Eucalyptus 100% pure essential oil
- Evening Lavender
- Facebook Specials
- Fall Favorites
- Featured Products
- Florals
- Focus
- Fragrance
  - AO Travelers
  - Journeys for Horse &amp; Rider

### Products

- Annie ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Annie ® Eau de Toilette Natural Spray
- Annie Foaming Body Wash
- Annie Gift Set
- Annie Luxurious Body Lotion
- Annie Oakley Marigold Jelly Bag
- Anti-Aging Facial Serum ™
- Anti-Aging Facial Serum ™ , 4 oz
- AO Favorite Things Gift Set
- AO Signature Aroma Locket Necklace With Crystals
- AO Travelers for Men ~ Sagebrush ®
- AO Travelers for Men ~ Stampede ®
- Bear Aroma Locket Necklace
- Bear Aroma Locket Necklace with Crystals
- Black & White and Lava Necklace
- Black and White Aroma Jewelry Set
- Black and White Lava Bracelet
- Blemish Free ™
- Bleu Ridge ® Deodorizing Body Spray
- Bleu Ridge ® Men's Gift Set
- Bleu Ridge ® Men's After Shave & Beard Conditioner Balm
- Bleu Ridge ® Natural Spray Cologne
- Breathe Pure ™ Custom Blend
- Breathe Pure ™ Foaming Body Wash
- Breathe Pure ™ Home & Body Spray
- Breathe Pure ™ Luxurious Body Lotion
- Breathe Pure ™ Spa Set
- Bulk Pack (5 pcs) SAVE $5.98<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refill / Pour / Spray.<br>Total 64.32 fl oz (5 pcs)
- Caballero &trade; Men's After Shave & Beard Conditioner Balm
- Caballero ™ Deodorizing Body Spray
- Caballero ™ Men's Gift Set
- Caballero ™ Natural Spray Cologne
- Calming Lavender Journeys Training Essentials!
- Calming Lavender Muzzle Oil Rub ™
- Calming Lavender Pure Essential Oil

### Customer Service

- Your Account
- Order Status/History
- Contact Us

### Topics

- Annie Oakley Store Locator
- Become an Annie Oakley Retailer
- Chucks Big Adventure
- COVID-19 Statement
- Holiday 2010
- Holiday 2011
- Perfumery Factory Tours
- Terms & Conditions
- Videos
- About Us
- Checkout Security Seal
- Copyright Notice
- Customer Service
- Data Retention Policy
- Email.Templates.LostPassword
- Frequently Asked Questions
- Privacy Policy
- Return Policy
- Security Policy
- Shipping Information

AMZN_AOE3000006646

- Men
  - Women
- Frankincense 100% pure essential oil
- Fruity
- Geranium 100% pure essential oil
- Gifts
  - Family Home &amp; Ranch
  - Gift Certificates
  - Men's Gifts
  - Pure Essential Oil
  - Women's Gifts
- Gifts over $50
- Gifts over $75
- Gifts under $100
- Gifts under $25
- Gifts under $39.99
- Gifts under $50
- Gifts under $75
- Golden Meditation
- Grapefruit 100% pure essential oil
- Happy Violet
- Holiday Spirit
- Home &amp; Body Sprays
- Honeysuckle
- Indian Musk
- Indiana PPE Directory Hand Sanitizer Wholesale
- Jewelry &amp; Accessories
  - Aroma Bracelets
  - Aroma Necklaces
  - Scarves
- Journey Man
- Kick Back
- Lavender 100% pure essential oil
- Lemon 100% pure essential oil
- Memorial Day Sale
- Morning Dew
- Mother's Day
- Nature's High
- New
- No Problem
- Outdoor Accessories
- Patchouli 100% pure essential oil
- Peppermint 100% pure essential oil
- Pumpkin Spice
- Pure Happiness
- Rise N Shine
- Romance
- Rose in Jojoba Oil
- Rosemary 100% pure essential oil
- Sagebrush for Him
- Sale
- Sandalwood in Jojoba Oil
- Second Wind
- Spicy
- St. Aloysius Catholic School
- St. Marys
- Stampede for Him
- Sunset
- Sweet Dreams

- Calming Lavender ™ & Stall Spray ™
- Chakra Bracelet
- Chamomile in Jojoba Oil Essential Oil
- Cherry Blossom Eau de Toilette Natural Spray
- Cherry Blossom Foaming Body Wash
- Cherry Blossom Gift Set
- Cherry Blossom Luxurious Body Lotion
- Christmas Spiritual Blend
- Christmas Tree Custom Blend
- Christmas Tree Home & Body Spray
- Citrus & Honey ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Citrus & Honey Foaming Body Wash
- Citrus & Honey Gift Set
- Citrus & Honey Luxurious Body Lotion
- Citrus & Honey ™ Eau de Cologne Natural Spray
- Citrus Fun Home & Body Spray
- Clary Sage Essential Oil
- Clean Thing ™ Custom Blend
- College Care Package
- Deodorizing Body Spray Trio for Men
- Don't Touch Me® Outdoor Body Spray
- Don't Touch Me® Outdoor Body Spray 3-pc Bundle
- Don't Touch Me® Outdoor Body Spray Family Pack
- Don't Touch Me® Outdoor Body Spray Family Refill
- Eucalyptus Essential Oil
- Eucalyptus Home & Body Spray
- Evening Lavender ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Evening Lavender Foaming Body Wash
- Evening Lavender Gift Set
- Evening Lavender Luxurious Body Lotion
- Evening Lavender ™ Eau de Cologne Natural Spray
- Family Pack (5 pcs) SAVE $2.49<br>Hand Sanitizer 80% Alcohol. <br>Moisturizing. Unscented. Liquid Rub. Pour/Splash/Natural Sprays<br>Total 36.32 fl oz. (5 pcs)
- Five MUST HAVE Essential Oils Kit
- Five Piece After Shave & Beard Conditioner
- Five Piece Deodorizing Body Spray
- Florals ~ 6 Little Annie's ™ Travelers with Suede Travel Pouch
- Focus ™ Custom Blend
- Four Hearts Aroma Locket Necklace With Crystals, 25mm size
- Four Hearts Aroma Locket Necklace with Crystals, 30mm size
- Frankincense Essential Oil
- Frankincense Home & Body Spray
- Garden Essentials Gift Set

AMZN_AOE3000006647

- Tea Tree 100% pure essential oil
- Twelve Days of Christmas
- Verbena Blossom
- White Lily
- Wild West for Her
- Wild West for Him
- Woody
- Wool Dryer Balls
- Ylang Ylang 100% pure essential oil

## Departments

## Manufacturers

- Annie Oakley

- Geranium Essential Oil
- Gift Certificate ~ $100.00
- Gift Certificate ~ $25.00
- Gift Certificate ~ $50.00
- Go Anywhere Kit
- Golden Meditation ® Custom Blend
- Grapefruit Essential Oil
- Hand Sanitizer 80% Alcohol.<br />Moisturizing-Unscented-Refillable<br>Liquid Rub. Natural Spray 4 fl oz
- Hand Sanitizer 80% Alcohol.<br>Moisturizing-Unscented-Refillable<br>Liquid Rub. Natural Spray 8 fl oz
- Hand Sanitizer 80% Alcohol.<br>Moisturizing-Unscented-Refillable<br>Liquid Rub. Pocket Spray 2.16 oz
- Hand Sanitizer 80% Alcohol<br>Moisturizing-Unscented<br>Liquid Rub. Refill Pour 20 fl oz
- Happy Violet ™ Custom Blend
- Holiday Home Bundle
- Holiday Spirit Home Fragrance Trio
- Home & Office Pack (5 pcs) SAVE 5% <br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Splash / Natural Spray 8 oz<br>Total 40 fl oz (5 pcs)
- Honeysuckle ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Honeysuckle Eau de Toilette Natural Spray
- Honeysuckle Foaming Body Wash
- Honeysuckle Gift Set
- Honeysuckle Luxurious Body Lotion
- Horse Head Aroma Locket Necklace, 20mm size
- Horse Head Aroma Locket Necklace, 30mm size
- Indian Musk ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Indian Musk ® Eau de Toilette Natural Spray
- Indian Musk Foaming Body Wash
- Indian Musk Gift Set
- Indian Musk Luxurious Body Lotion
- Indiana Mint ™ Home & Body Spray
- Joy Ride ™ Car & Truck Oil Diffuser
- Joy Ride ™ Car & Truck Oil Diffuser Bundle
- Joy Ride ™ Car & Truck Oil Diffuser with Breathe Pure
- Joy Ride ™ Car & Truck Oil Diffuser with Eucalyptus
- Joy Ride ™ Car & Truck Oil Diffuser with Frankincense
- Joy Ride ™ Car & Truck Oil Diffuser with

AMZN_AOE3000006648

Grapefruit

- Joy Ride ™ Car & Truck Oil Diffuser with Lavender
- Joy Ride ™ Car & Truck Oil Diffuser with Lemon
- Joy Ride ™ Car & Truck Oil Diffuser with Patchouli
- Joy Ride ™ Car & Truck Oil Diffuser with Peppermint
- Joy Ride ™ Travel Essentials
- Kick Back ® Custom Blend
- Kick Back Pure Essential Oil with Aroma Locket
- Kick Back® Foaming Body Wash
- Kick Back® Home & Body Spray
- Kick Back® Luxurious Body Lotion
- Kick Back® Spa Set
- Lava Single Bead Necklace Gold Chain
- Lava Single Bead Necklace Silver Chain
- Lavender Essential Oil
- Lavender Home & Body Spray
- Lemon Essential Oil
- Little Annie's Travelers ~ Annie ®
- Little Annie's Travelers ~ Citrus & Honey ™
- Little Annie's Travelers ~ Evening Lavender ™
- Little Annie's Travelers ~ Honeysuckle
- Little Annie's Travelers ~ Indian Musk ®
- Little Annie's Travelers ~ Morning Dew ®
- Little Annie's Travelers ~ Sunset ®
- Little Annie's Travelers ~ Verbena Blossom ™
- Little Annie's Travelers ~ White Lily ™
- Locker Kit Bundle<br>Get locker envy with our uplifting Rise 'N Shine essentials!
- Mend your mind ™
- Morning Dew ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Morning Dew ® Eau de Toilette Natural Spray
- Morning Dew Foaming Body Wash
- Morning Dew Fragrance Gift Set for Her
- Morning Dew Luxurious Body Lotion
- My Personal Blending Kit ™
- Nature's Harvest ~ 6 Little Annie's ™ Travelers with Suede Travel Pouch
- Nature's Harvest Cologne Splash Gift Set
- Nature's High ® Custom Blend
- Patchouli Essential Oil
- Pearl and Lava Bracelet
- Peppermint Essential Oil
- Peppermint Foaming Body Wash
- Peppermint Home & Body Spray
- Peppermint Luxurious Body Lotion
- Peppermint Spa Set
- Pink Lava Necklace
- Pocket Pack (5 pcs) SAVE 5%<br>Hand

AMZN_AOE3000006649

Sanitizer 80% Alcohol<br>Moisturizing. Unscented. Liquid Rub. Refillable Spray 2.16 fl oz<br>Total 10.8 fl oz (5 pcs)

- Pumpkin Spice Custom Blend Pure Essential Oil
- Pumpkin Spice Home & Body Spray
- Pure Body Oil ™, Unscented
- Pure Happiness® Custom Blend
- Pure Happiness® Hand Sanitizer<br>3-pc Bundle Natural Sprays 4 fl oz
- Pure Happiness® Hand Sanitizer<br>3-pc Bundle Natural Sprays 8 fl oz
- Pure Happiness® Hand Sanitizer<br>3-pc Bundle Pocket Sprays 2.16 fl oz
- Pure Happiness® Hand Sanitizer<br>Natural Spray 4 fl oz
- Pure Happiness® Hand Sanitizer<br>Natural Spray 8 fl oz
- Pure Happiness® Hand Sanitizer<br>Pocket Spray 2.16 fl oz
- Pure Happiness® Hand Sanitizer<br>Refill Pour 20 fl oz
- Pure Happiness® Home & Body Spray
- Pure Happiness® Luxurious Body Lotion
- Pure Happiness® Spa Set
- Rise 'N Shine® Hand Sanitizer<br>Pocket Spray 2.16 fl oz
- Rise 'N Shine® Radiance Shampoo
- Rise 'N Shine® Revitalizing Hair Conditioner
- Rise 'N Shine ® Custom Blend
- Rise 'N Shine® Body Oil
- Rise 'N Shine® Foaming Body Wash
- Rise 'N Shine® Home & Bath Set
- Rise 'N Shine® Home & Body Spray
- Rise 'N Shine® Luxurious Hand & Body Lotion
- Rose in Jojoba Oil Essential Oil
- Rosemary Essential Oil
- Sagebrush ~ 3 AO Travelers ™ with Suede Travel Pouch
- Sagebrush ® Body Wash
- Sagebrush ® Deodorizing Body Spray
- Sagebrush ® Hand and Body Lotion
- Sagebrush ® Men's After Shave & Beard Conditioner Balm Splash
- Sagebrush ® Natural Spray Cologne
- Sagebrush Men's Gift Set
- Sandalwood in Jojoba Oil Essential Oil
- Sea Wool Natural Sponge ~ LARGE
- Sea Wool Natural Sponge ~ MEDIUM
- Sea Wool Natural Sponge ~ SMALL
- Seasonal Soothing Lavender Bath & Body Oil
- Seasonal Soothing Lavender Bath & Body Oil Gift Set of 3 wrapped with a bow!
- Second Wind ® Custom Blend
- Signature Scarf ~ Jewel Toned

AMZN_AOE3000006650

- Signature Scarf ~ Pastel Palette
- Skin Care Glow Set
- Soothe your body ™
- Soothing Lavender Spa Gift Set
- Stampede & Sagebrush ~ 6 AO Travelers ™ with Suede Travel Pouch
- Stampede ~ 3 AO Travelers ™ with Suede Travel Pouch
- Stampede ® Body Spray Natural Deodorizing
- Stampede ® Body Wash
- Stampede ® Hand and Body Lotion
- Stampede ® Men's After Shave & Beard Conditioner Balm Splash
- Stampede ® Natural Spray Cologne
- Stampede Men's Gift Set
- Stock Up Gift Pack (11 pcs) SAVE $16.97<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refill Pour / Spray<br>Total 166.48 fl oz (11 pcs)
- Sunset ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Sunset ® Eau de Toilette Natural Spray
- Sunset Foaming Body Wash
- Sunset Gift Set
- Sunset Luxurious Body Lotion
- SWAG Bag 2021
- Sweet Dreams ™ Custom Blend
- Sweet Dreams ™ with Sleep Mask Gift
- Sweet Orange Home & Body Spray
- Tea Tree Essential Oil
- Tea Tree Home & Body Spray
- The Adventure ™
- The Mood-Maker ™
- Three Star Necklace
- Thunderbird Aroma Locket Necklace
- Traveler Pack (5pcs) SAVE 5% <br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Natural Spray 4 fl oz<br>Total 20 fl oz (5 pcs)
- Trio Scent Bundle SAVE $5.02<br>Personalize your hand sanitizer with immune-boosting pure essential oils!
- Turquoise and Lava Necklace
- Ultrasonic Diffuser, Light Pear Wood
- Ultrasonic Diffuser, Light Pear Wood, 150ml
- Valentine Mystery Bag
- Verbena Blossom ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Verbena Blossom Foaming Body Wash
- Verbena Blossom Gift Set
- Verbena Blossom Luxurious Body Lotion
- Verbena Blossom ™ Eau de Cologne Natural Spray
- Washing Station Gift Set

AMZN_AOE3000006651

- White Lily ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- White Lily Foaming Body Wash
- White Lily Gift Set
- White Lily Luxurious Body Lotion
- White Lily ™ Eau de Toilette Natural Spray
- Wild West ® Men's After Shave & Beard Conditioner Balm Splash
- Wild West ® Deodorizing Body Spray
- Wild West ® for Her Eau de Toilette Natural Spray
- Wild West ® for Him Gift Set
- Wild West ® Men's Body Wash
- Wild West ® Men's Hand and Body Lotion
- Wild West ® Natural Spray Men's Cologne
- Wild West for Her Foaming Body Wash
- Wild West for Her Gift Set
- Wild West for Her Luxurious Body Lotion
- Wild West for Him & Her Cologne Duo
- Wise Woman Journey Set
- Wool Dryer Ball Bundle
- Wool Dryer Balls
- Wool Dryer Balls with Christmas Tree Pure Essential Oil
- Wool Dryer Balls with Eucalyptus
- Wool Dryer Balls with Frankincense
- Wool Dryer Balls with Grapefruit
- Wool Dryer Balls with Kick Back®
- Wool Dryer Balls with Lavender
- Wool Dryer Balls with Lemon
- Wool Dryer Balls with Patchouli
- Wool Dryer Balls with Peppermint
- Wool Dryer Balls with Pure Happiness®
- Wool Dryer Balls with Rise 'N Shine®
- Ylang Ylang Essential Oil



**INFO**
Home
FAQ
My Account
Contact Us
About Us
Shipping
Returns & Exchanges
Site Map

Authorize.Net
Accept Credit
Cards Online

**COMPANY**
Store Locator

**STUDIO GIFT SHOPPE HOURS & MAP**
Public Tours
Location Map

**AO NEWS**
Blog
In The Press
Videos

**DEALER/WHOLESALE INQUIRES**
Portal Sign In
Become a Retailer

**SHOP**
Fragrances
Pure Essential Oils
Bath & Body
Skin Care
Jewelry
Gift Ideas
Gift Certificates
Privacy Policy
Terms of Use

CORPORATE GIFTS

© 2022 Annie Oakley Inc. Ent. All worldwide rights reserved.

https://web.archive.org/web/20210728074418/http://www.annieoakley.com/sitemap

AMZN_AOE3000006653



http://www.annieoakley.com/sitemap

20 captures
24 May 2018 - 6 Jun 2023



**SEARCH**

HOME    STORE LOCATOR

## ANNIE OAKLEY
NATURAL PERFUMERY
Established 1980

SUBSCRIBE    MY ACCOUNT

NEW    PRODUCTS    WOMEN    MEN    GIFTS    TOURS    ABOUT US

## Site Map

### Categories

- After Shave Balm
- Annie
- Anniversary
- Back to School Essentials
- Bath &amp; Body
  - Conditioner
  - Foaming Body Wash
  - Hand Sanitizer
  - Luxurious Body Lotion
  - Massage Body Oils &amp; Carriers
  - Men's Essentials
  - Shampoo
  - Skincare
- Bleu Ridge for Him
- Body Lotion for Men
- Body Wash for Men
- Breathe Pure
- Caballero for Him
- Chamomile in Jojoba Oil
- Cherry Blossom
- Citrus
- Citrus &amp; Honey
- Clary Sage 100% pure essential oil
- Deodorizing Body Spray for Men
- Diffusers
- Don't Touch Me Outdoor Body Spray
- Essential Oils
  - Accessories
    - JOY RIDE™ Aroma Oil Diffuser for Car &amp; Truck
  - Essential Oil Kits
  - Single Pure Essential Oils
  - Synergy Custom Blends
- Eucalyptus 100% pure essential oil
- Evening Lavender
- Facebook Specials
- Featured Products
- Florals
- Focus
- Fragrance
  - AO Travelers
  - Journeys for Horse &amp; Rider
  - Men
  - Women

### Products

- Annie ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Annie ® Eau de Toilette Natural Spray
- Annie Foaming Body Wash
- Annie Gift Set
- Annie Luxurious Body Lotion
- Anti-Aging Facial Serum&trade;
- Anti-Aging Facial Serum&trade;, 4 oz
- AO Favorite Things Gift Set
- AO Signature Aroma Locket Necklace
- AO Signature Aroma Locket Necklace With Crystals
- AO Travelers for Men ~ Sagebrush ®
- AO Travelers for Men ~ Stampede ®
- Aroma Remedies Travel Bag
- Bear Aroma Locket Necklace
- Bear Aroma Locket Necklace with Crystals
- Black & White and Lava Necklace
- Black and White Aroma Jewelry Set
- Black and White Lava Bracelet
- Blemish Free&trade;
- Bleu Ridge ® Deodorizing Body Spray
- Bleu Ridge ® Men's After Shave & Beard Conditioner Balm
- Bleu Ridge ® Natural Spray Cologne
- Bohemian Silver Aroma Locket Necklace
- Breathe Pure &trade; Custom Blend
- Breathe Pure Essential Oil with Aroma Locket
- Breathe Pure&trade; Home & Body Spray
- Bulk Pack (5 pcs) SAVE $5.98<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refill / Pour / Spray.<br>Total 64.32 fl oz (5 pcs)
- Caballero &trade; Deodorizing Body Spray
- Caballero &trade; Men's After Shave & Beard Conditioner Balm
- Caballero &trade; Natural Spray Cologne
- Calming Lavender Journeys Training Essential.

### Customer Service

- Your Account
- Order Status/History
- Contact Us

### Topics

- Annie Oakley Store Locator
- Become an Annie Oakley Retailer
- COVID-19 Statement
- Holiday 2010
- Holiday 2011
- Perfumery Factory Tours
- Subscribe
- Terms & Conditions
- Videos
- About Us
- Checkout Security Seal
- Copyright Notice
- Customer Service
- Data Retention Policy
- Email.Templates.LostPassword
- Frequently Asked Questions
- Privacy Policy
- Return Policy
- Security Policy
- Shipping Information

- Frankincense 100% pure essential oil
- Fruity
- Geranium 100% pure essential oil
- Gifts
  - Family Home &amp; Ranch
  - Gift Certificates
  - Men's Gifts
  - Pure Essential Oil
  - Women's Gifts
- Gifts over $50
- Gifts over $75
- Gifts under $100
- Gifts under $25
- Gifts under $39.99
- Gifts under $50
- Gifts under $75
- Golden Meditation
- Grapefruit 100% pure essential oil
- Happy Violet
- Holiday Spirit
- Home &amp; Body Sprays
- Honeysuckle
- Indian Musk
- Indiana PPE Directory Hand Sanitizer Wholesale
- Jewelry &amp; Accessories
  - Aroma Bracelets
  - Aroma Necklaces
  - Scarves
- Journey Man
- Kick Back
- Lavender 100% pure essential oil
- Lemon 100% pure essential oil
- Memorial Day Sale
- Morning Dew
- Mother's Day
- Nature's High
- New
- No Problem
- Outdoor Accessories
- Patchouli 100% pure essential oil
- Peppermint 100% pure essential oil
- Pumpkin Spice
- Pure Happiness
- Rise N Shine
- Romance
- Rose in Jojoba Oil
- Rosemary 100% pure essential oil
- Sagebrush for Him
- Sale
- Sandalwood in Jojoba Oil
- Second Wind
- Spicy
- St. Aloysius Catholic School
- St. Marys
- Stampede for Him
- Sunset
- Sweet Dreams
- Tea Tree 100% pure essential oil
- Twelve Days of Christmas

Essentials!

- Calming Lavender Muzzle Oil Rub &trade;
- Calming Lavender Pure Essential Oil
- Calming Lavender Ranch & Stall Spray &trade;
- Chakra Bracelet
- Chamomile in Jojoba Oil Essential Oil
- Cherry Blossom Eau de Toilette Natural Spray
- Cherry Blossom Foaming Body Wash
- Cherry Blossom Gift Set
- Cherry Blossom Luxurious Body Lotion
- Christmas Spiritual Blend
- Christmas Tree Custom Blend
- Christmas Tree Home & Body Spray
- Citrus & Honey &trade; Eau de Cologne Natural Spray
- Citrus & Honey ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Citrus & Honey Foaming Body Wash
- Citrus & Honey Gift Set
- Citrus & Honey Luxurious Body Lotion
- Citrus Fun Home & Body Spray
- Clary Sage Essential Oil
- Clean Thing&trade; Custom Blend
- Cross Aroma Locket Necklace
- Deodorizing Body Spray Trio for Men
- Don't Touch Me® Outdoor Body Spray
- Don't Touch Me® Outdoor Body Spray 3-pc Bundle
- Don't Touch Me® Outdoor Body Spray Family Pack
- Don't Touch Me® Outdoor Body Spray Family Refill
- Eucalyptus Essential Oil
- Eucalyptus Home & Body Spray
- Evening Lavender &trade; Eau de Cologne Natural Spray
- Evening Lavender ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Evening Lavender Foaming Body Wash
- Evening Lavender Gift Set
- Evening Lavender Luxurious Body Lotion
- Family Pack (5 pcs) SAVE $2.99<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Pour/Splash/Natural Sprays<br>Total 36.32 fl oz. (5 pcs)
- Five MUST HAVE Essential Oils Kit
- Five Piece After Shave & Beard Conditioner
- Five Piece Deodorizing Body Spray
- Florals ~ 6 Little Annie's &trade; Travelers with Suede Travel Pouch
- Focus &trade; Custom Blend
- Four Hearts Aroma Locket Necklace With Crystals, 25mm size

AMZN_AOE3000006655

- Verbena Blossom
- White Lily
- Wild West for Her
- Wild West for Him
- Woody
- Wool Dryer Balls
- Ylang Ylang 100% pure essential oil

## Departments

## Manufacturers

- Annie Oakley

- Four Hearts Aroma Locket Necklace with Crystals, 30mm size
- Frankincense Essential Oil
- Frankincense Home Body Spray
- Garden Essentials Gift Set
- Geranium Essential Oil
- Gift Certificate ~ $100.00
- Gift Certificate ~ $25.00
- Gift Certificate ~ $50.00
- Golden Meditation ® Custom Blend
- Grapefruit Essential Oil
- Hand Sanitizer 80% Alcohol.<br />Moisturizing-Unscented-Refillable<br>Liquid Rub. Natural Spray 4 fl oz
- Hand Sanitizer 80% Alcohol.<br>Moisturizing-Unscented-Refillable<br>Liquid Rub. Natural Spray 8 fl oz
- Hand Sanitizer 80% Alcohol.<br>Moisturizing-Unscented-Refillable<br>Liquid Rub. Pocket Splash 2.16 oz
- Hand Sanitizer 80% Alcohol.<br>Moisturizing-Unscented-Refillable<br>Liquid Rub. Pocket Spray 2.16 oz
- Hand Sanitizer 80% Alcohol<br>Moisturizing-Unscented<br>Liquid Rub. Refill Pour 20 fl oz
- Happy Violet &trade; Custom Blend
- Holiday Home Bundle
- Home & Office Pack (5 pcs) SAVE 5% <br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Splash / Natural Spray 8 oz<br>Total 40 fl oz (5 pcs)
- Honeysuckle ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Honeysuckle Eau de Toilette Natural Spray
- Honeysuckle Foaming Body Wash
- Honeysuckle Gift Set
- Honeysuckle Luxurious Body Lotion
- Horse & Rider Aroma Locket Necklace
- Horse Head Aroma Locket Necklace, 20mm size
- Horse Head Aroma Locket Necklace, 30mm size
- Indian Musk ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Indian Musk ® Eau de Toilette Natural Spray
- Indian Musk Foaming Body Wash
- Indian Musk Gift Set
- Indian Musk Luxurious Body Lotion
- Indiana Mint &trade; Home & Body Spray
- Joy Ride&trade; Car & Truck Oil Diffuser

AMZN_AOE3000006656

- Joy Ride&trade; Car & Truck Oil Diffuser with Eucalyptus
- Joy Ride&trade; Car & Truck Oil Diffuser with Frankincense
- Joy Ride&trade; Car & Truck Oil Diffuser with Grapefruit
- Joy Ride&trade; Car & Truck Oil Diffuser with Lavender
- Joy Ride&trade; Car & Truck Oil Diffuser with Lemon
- Joy Ride&trade; Car & Truck Oil Diffuser with Patchouli
- Joy Ride&trade; Car & Truck Oil Diffuser with Peppermint
- Joy Ride™ Car & Truck Oil Diffuser Bundle
- Joy Ride™ Travel Essentials
- Kick Back ® Custom Blend
- Kick Back Pure Essential Oil with Aroma Locket
- Kick Back® Home & Body Spray
- Lava Single Bead Necklace Gold Chain
- Lava Single Bead Necklace Silver Chain
- Lavender Essential Oil
- Lavender Home & Body Spray
- Lemon Essential Oil
- Little Annie's Travelers ~ Annie ®
- Little Annie's Travelers ~ Citrus & Honey &trade;
- Little Annie's Travelers ~ Evening Lavender &trade;
- Little Annie's Travelers ~ Honeysuckle
- Little Annie's Travelers ~ Indian Musk ®
- Little Annie's Travelers ~ Morning Dew ®
- Little Annie's Travelers ~ Sunset ®
- Little Annie's Travelers ~ Verbena Blossom &trade;
- Little Annie's Travelers ~ White Lily &trade;
- Locker Kit Bundle SAVE $8.83<br>Get locker envy with our uplifting Rise 'N Shine essentials!
- Mend your mind&trade;
- Morning Dew ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Morning Dew ® Eau de Toilette Natural Spray
- Morning Dew Foaming Body Wash
- Morning Dew Fragrance Gift Set for Her
- Morning Dew Luxurious Body Lotion
- My Personal Blending Kit &trade;
- Nature's Harvest ~ 6 Little Annie's &trade; Travelers with Suede Travel Pouch
- Nature's Harvest Cologne Splash Gift Set
- Nature's High ® Custom Blend
- Open Cross Aroma Locket Necklace
- Patchouli Essential Oil
- Pearl and Lava Bracelet

AMZN_AOE3000006657

- Peppermint Essential Oil
- Pink Lava Necklace
- Pocket Pack (5 pcs) SAVE 5%<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refillable Splash 2.16 fl oz<br>Total 10.8 fl oz (5 pcs)
- Pocket Pack (5 pcs) SAVE 5%<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refillable Spray 2.16 fl oz<br>Total 10.8 fl oz (5 pcs)
- Pumpkin Spice Custom Blend
- Pumpkin Spice Home & Body Spray
- Pure Body Oil &trade;, Unscented
- Pure Happiness® Custom Blend
- Pure Happiness® Home & Body Spray
- Rise 'N Shine® Radiance Shampoo
- Rise 'N Shine® Revitalizing Hair Conditioner
- Rise 'N Shine ® Custom Blend
- Rise 'N Shine® Body Oil
- Rise 'N Shine® Foaming Body Wash
- Rise 'N Shine® Home & Bath Set
- Rise 'N Shine® Home & Body Spray
- Rise 'N Shine® Luxurious Hand & Body Lotion
- Rose in Jojoba Oil Essential Oil
- Rosemary Essential Oil
- Sagebrush ~ 3 AO Travelers &trade; with Suede Travel Pouch
- Sagebrush ® Body Wash
- Sagebrush ® Deodorizing Body Spray
- Sagebrush ® Hand and Body Lotion
- Sagebrush ® Men's After Shave & Beard Conditioner Balm Splash
- Sagebrush ® Natural Spray Cologne
- Sagebrush Men's Gift Set
- Sandalwood in Jojoba Oil Essential Oil
- Sea Wool Natural Sponge ~ LARGE
- Sea Wool Natural Sponge ~ MEDIUM
- Sea Wool Natural Sponge ~ SMALL
- Seasonal Soothing Lavender Bath & Body Oil
- Seasonal Soothing Lavender Bath & Body Oil Gift Set of 3 wrapped with a bow!
- Second Wind ® Custom Blend
- Signature Scarf ~ Jewel Toned
- Signature Scarf ~ Pastel Palette
- Skin Care Glow Set
- Snowflake Aroma Locket Necklace
- Soothe your body&trade;
- Soothing Lavender Spa Gift Set
- Stampede & Sagebrush ~ 6 AO Travelers &trade; with Suede Travel Pouch
- Stampede ~ 3 AO Travelers &trade; with Suede Travel Pouch
- Stampede ® Body Spray Natural Deodorizing

AMZN_AOE3000006658

- Stampede ® Body Wash
- Stampede ® Hand and Body Lotion
- Stampede ® Men's After Shave & Beard Conditioner Balm Splash
- Stampede ® Natural Spray Cologne
- Stampede Men's Gift Set
- Stock Up Gift Pack (11 pcs) SAVE $16.97<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refill Pour / Spray<br>Total 166.48 fl oz (11 pcs)
- Sunset ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Sunset ® Eau de Toilette Natural Spray
- Sunset Foaming Body Wash
- Sunset Gift Set
- Sunset Luxurious Body Lotion
- SWAG Bag 2021
- Sweet Dreams &trade; Custom Blend
- Sweet Orange Home & Body Spray
- Tea Tree Essential Oil
- Tea Tree Home & Body Spray
- The Adventure&trade;
- The Mood-Maker&trade;
- Three Star Necklace
- Three Wise Women Journey Set
- Thunderbird Aroma Locket Necklace
- Traveler Pack (5pcs) SAVE 5% <br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Natural Spray 4 fl oz<br>Total 20 fl oz (5 pcs)
- Tree Aroma Locket Necklace
- Trio Scent Bundle SAVE $5.02<br>Personalize your hand sanitizer with immune-boosting pure essential oils!
- Turquoise and Lava Bracelet
- Turquoise and Lava Necklace
- Turquoise Aroma Jewelry Set
- Ultrasonic Diffuser, Light Pad Wood
- Valentine Mystery Bag
- Verbena Blossom &trade; Eau de Cologne Natural Spray
- Verbena Blossom ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Verbena Blossom Foaming Body Wash
- Verbena Blossom Gift Set
- Verbena Blossom Luxurious Body Lotion
- Washing Station Gift Set
- White Lily &trade; Eau de Toilette Natural Spray
- White Lily ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- White Lily Foaming Body Wash
- White Lily Gift Set
- White Lily Luxurious Body Lotion
- Wild West ® Men's After Shave & Beard Conditioner Balm Splash

AMZN_AOE3000006659

- Wild West ® Deodorizing Body Spray
- Wild West ® for Her Eau de Toilette Natural Spray
- Wild West ® Men's Body Wash
- Wild West ® Men's Hand and Body Lotion
- Wild West ® Natural Spray Men's Cologne
- Wild West for Her Foaming Body Wash
- Wild West for Her Gift Set
- Wild West for Her Luxurious Body Lotion
- Wild West for Him & Her Cologne Duo
- Wild West for Him Gift Set
- Wool Dryer Ball Bundle
- Wool Dryer Balls
- Wool Dryer Balls with Christmas Tree Pure Essential Oil
- Wool Dryer Balls with Eucalyptus
- Wool Dryer Balls with Frankincense
- Wool Dryer Balls with Grapefruit
- Wool Dryer Balls with Kick Back®
- Wool Dryer Balls with Lavender
- Wool Dryer Balls with Lemon
- Wool Dryer Balls with Patchouli
- Wool Dryer Balls with Peppermint
- Wool Dryer Balls with Pure Happiness®
- Wool Dryer Balls with Rise 'N Shine®
- Ylang Ylang Essential Oil



**INFO**
Home
FAQ
My Account
Contact Us
About Us
Shipping
Returns & Exchanges
Site Map

**COMPANY**
Store Locator

**STUDIO GIFT SHOPPE HOURS & MAP**
Public Tours
Location Map

**AO NEWS**
Blog
In The Press
Videos

**DEALER/WHOLESALE INQUIRES**
Portal Sign In
Become a Retailer

**SHOP**
Fragrances
Pure Essential Oils
Bath & Body
Skin Care
Jewelry
Gift Ideas
Gift Certificates
Privacy Policy
Terms of Use

CORPORATE GIFTS

© 2021 Annie Oakley Inc. Ent. All worldwide rights reserved.

AMZN_AOE3000006660

https://web.archive.org/web/20200806100128/annieoakley.com/sitemap

AMZN_AOE3000006661



http://annieoakley.com/sitemap

20 captures
24 May 2018 - 6 Jan 2023



NATURAL PERFUMERY
Established 1980

♡  🛍 0  Checkout

Search...

NEW  FRAGRANCES  ESSENTIAL OILS  BATH & BODY  JEWELRY  GIFTS  ABOUT  TOURS  STORE LOCATOR

COVID-19

## Site Map

## Categories

- After Shave Balm
- Annie
- Back to School Essentials
- Bath &amp; Body
  - Foaming Body Wash
  - Hand Sanitizer
  - Luxurious Body Lotion
  - Massage Body Oils &amp; Carriers
  - Men's Essentials
  - Skincare
- Body Lotion for Men
- Body Wash for Men
- Breathe Pure
- Chamomile in Jojoba Oil
- Cherry Blossom
- Citrus &amp; Honey
- Clary Sage 100% pure essential oil
- Deodorizing Body Spray for Men
- Diffusers
- Don't Touch Me Outdoor Body Spray
- Essential Oils
  - Accessories
    - JOY RIDE™ Aroma Oil Diffuser for Car &amp; Truck
  - Essential Oil Kits
  - Single Pure Essential Oils
  - Synergy Custom Blends
- Eucalyptus 100% pure essential oil
- Evening Lavender
- Facebook Specials
- Featured Products
- Focus
- Fragrance
  - AO Travelers
  - Journeys for Horse &amp; Rider
  - Men
  - Women
- Frankincense 100% pure essential oil
- Geranium 100% pure essential oil
- Gifts
  - Family Home &amp; Ranch
  - Gift Certificates

## Products

- Annie ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Annie ⊚ Eau de Toilette Natural Spray
- Annie Foaming Body Wash
- Annie Gift Set
- Annie Luxurious Body Lotion
- Anti-Aging Pure Facial Oil&trade;
- Anti-Aging Pure Facial Oil&trade;, 4 oz
- AO Signature Aroma Locket Necklace
- AO Signature Aroma Locket Necklace With Crystals
- AO Travelers for Men ~ Sagebrush ⊚
- AO Travelers for Men ~ Stampede ⊚
- Aroma Remedies Travel Bag
- Back to School Traveler Bundle SAVE $4.99<br> Complete your ride to school in comfort with must have essentials!
- Bear Aroma Locket Necklace
- Bear Aroma Locket Necklace with Crystals
- Blemish Free&trade;
- Bleu Ridge ⊚ Deodorizing Body Spray
- Bleu Ridge ⊚ Natural Spray Cologne
- Bohemian Silver Aroma Locket Necklace
- Breathe Pure &trade; Custom Blend
- Breathe Pure Essential Oil with Aroma Locket
- Breathe Pure&trade; Home & Body Spray
- Bulk Pack (5 pcs) SAVE $7.98<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refill / Pour / Splash.<br>Total 64.32 fl oz (5 pcs)
- Caballero &trade; Deodorizing Body Spray
- Caballero &trade; Natural Spray

## Customer Service

- Your Account
- Order Status/History
- Contact Us

## Topics

- Annie Oakley Store Locator
- Become an Annie Oakley Retailer
- COVID-19 Statement
- Holiday 2010
- Holiday 2011
- Perfumery Factory Tours
- Terms & Conditions
- About Us
- Checkout Security Seal
- Copyright Notice
- Customer Service
- Data Retention Policy
- Email.Templates.LostPassword
- Frequently Asked Questions
- Privacy Policy
- Return Policy
- Security Policy
- Shipping Information

AMZN_AOE3000006662

- Men's Gifts
  - Pure Essential Oil
  - Women's Gifts
- Gifts over $75
- Gifts under $100
- Gifts under $25
- Gifts under $39.99
- Gifts under $50
- Gifts under $75
- Golden Meditation
- Grapefruit 100% pure essential oil
- Happy Violet
- Home &amp; Body Sprays
- Honeysuckle
- Indian Musk
- Indiana PPE Directory Hand Sanitizer Wholesale
- Jewelry &amp; Accessories
  - Aroma Bracelets
  - Aroma Necklaces
  - Scarves
- Journey Man
- Kick Back
- Lavender 100% pure essential oil
- Lemon 100% pure essential oil
- Morning Dew
- Mother's Day
- Nature's High
- New
- No Problem
- Patchouli 100% pure essential oil
- Peppermint 100% pure essential oil
- Pumpkin Spice
- Rise N Shine
- Romance
- Rose in Jojoba Oil
- Rosemary 100% pure essential oil
- Sagebrush for Him
- Saint Als
- Sale
- Sandalwood in Jojoba Oil
- Second Wind
- Stampede for Him
- Sunset
- Sweet Dreams
- Tea Tree 100% pure essential oil
- Twelve Days of Christmas
- Verbena Blossom
- White Lily
- Wild West for Her
- Wild West for Him
- Wool Dryer Balls
- Ylang Ylang 100% pure essential oil

## Departments

## Manufacturers

- Annie Oakley

Cologne
- Calming Lavender Journeys Training Essentials!
- Calming Lavender Muzzle Oil Rub &trade;
- Calming Lavender Pure Essential Oil
- Calming Lavender Ranch & Stall Spray &trade;
- Chakra Bracelet
- Chamomile in Jojoba Oil Essential Oil
- Cherry Blossom Eau de Toilette Natural Spray
- Cherry Blossom Foaming Body Wash
- Cherry Blossom Gift Set
- Cherry Blossom Luxurious Body Lotion
- Christmas Tree Custom Blend
- Christmas Tree Home & Body Spray
- Citrus & Honey &trade; Eau de Cologne Natural Spray
- Citrus & Honey ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Citrus & Honey Foaming Body Wash
- Citrus & Honey Gift Set
- Citrus & Honey Luxurious Body Lotion
- Citrus Fun Home & Body Spray
- Clary Sage Essential Oil
- Clean Thing&trade; Custom Blend
- Cross Aroma Locket Necklace
- Deodorizing Body Spray Trio
- Don't Touch Me&#8482; Outdoor Body Spray 3 Pack<br>BEST OFFER!
- Don't Touch Me<sup>TM</sup> Outdoor Body Spray
- Eucalyptus Essential Oil
- Eucalyptus Home & Body Spray
- Evening Lavender &trade; Eau de Cologne Natural Spray
- Evening Lavender ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Evening Lavender Foaming Body Wash
- Evening Lavender Gift Set
- Evening Lavender Luxurious Body Lotion
- Family Pack (5 pcs) SAVE $4.16<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Pour/Splash/Natural Sprays<br>Total 36.32 fl oz. (5 pcs)
- Five MUST HAVE Essential Oils Kit
- Florals ~ 6 Little Annie's &trade; Travelers with Suede Travel Pouch
- Focus &trade; Custom Blend

AMZN_AOE3000006663

- Four Hearts Aroma Locket Necklace With Crystals, 25mm size
- Four Hearts Aroma Locket Necklace with Crystals, 30mm size
- Four Hearts Aroma Locket Necklace, 30mm size
- Frankincense Essential Oil
- Frankincense Home & Body Spray
- Geranium Essential Oil
- Gift Certificate ~ $25.00
- Gift Certificates ~ $100.00
- Gift Certificates ~ $50.00
- Golden Meditation ℗ Custom Blend
- Grapefruit Essential Oil
- Hand Sanitizer 80% Alcohol.<br />Moisturizing-Unscented-Refillable<br>Liquid Rub. Natural Spray 4 fl oz
- Hand Sanitizer 80% Alcohol. <br>Moisturizing-Unscented-Refillable<br>Liquid Rub. Natural Spray 8 fl oz
- Hand Sanitizer 80% Alcohol. <br>Moisturizing-Unscented-Refillable<br>Liquid Rub. Pocket Splash 2.16 oz
- Hand Sanitizer 80% Alcohol. <br>Moisturizing-Unscented-Refillable<br>Liquid Rub. Pocket Spray 2.16 oz
- Hand Sanitizer 80% Alcohol<br>Moisturizing-Unscented<br>Liquid Rub. Refill Pour 20 fl oz
- Happy Violet &trade; Custom Blend
- Home & Office Pack (6 pcs) <br>Hand Sanitizer 80% Alcohol. <br>Moisturizing. Unscented. Liquid Rub. Splash / Natural Spray 8 oz<br>Total 42.16 fl oz (6 pcs)
- Honeysuckle ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Honeysuckle Eau de Toilette Natural Spray
- Honeysuckle Foaming Body Wash
- Honeysuckle Gift Set
- Honeysuckle Luxurious Body Lotion
- Horse & Rider Aroma Locket Necklace
- Horse Head Aroma Locket Necklace, 20mm size
- Horse Head Aroma Locket Necklace, 30mm size
- Indian Musk ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Indian Musk ℗ Eau de Toilette Natural Spray
- Indian Musk Foaming Body Wash

AMZN_AOE3000006664

- Indian Musk Gift Set
- Indian Musk Luxurious Body Lotion
- Indiana Mint &trade; Home & Body Spray
- Joy Ride&trade; Car & Truck Oil Diffuser
- Joy Ride&trade; Car & Truck Oil Diffuser with Eucalyptus
- Joy Ride&trade; Car & Truck Oil Diffuser with Frankincense
- Joy Ride&trade; Car & Truck Oil Diffuser with Grapefruit
- Joy Ride&trade; Car & Truck Oil Diffuser with Lavender
- Joy Ride&trade; Car & Truck Oil Diffuser with Lemon
- Joy Ride&trade; Car & Truck Oil Diffuser with Patchouli
- Joy Ride&trade; Car & Truck Oil Diffuser with Peppermint
- Kick Back ® Custom Blend
- Kick Back Pure Essential Oil with Aroma Locket
- Kick Back® Home & Body Spray
- Lava Single Bead Necklace Gold Chain
- Lava Single Bead Necklace Silver Chain
- Lavender Essential Oil
- Lavender Home & Body Spray
- Lemon Essential Oil
- Little Annie's Travelers ~ Annie ®
- Little Annie's Travelers ~ Citrus & Honey &trade;
- Little Annie's Travelers ~ Evening Lavender &trade;
- Little Annie's Travelers ~ Honeysuckle
- Little Annie's Travelers ~ Indian Musk ®
- Little Annie's Travelers ~ Morning Dew ®
- Little Annie's Travelers ~ Sunset ®
- Little Annie's Travelers ~ Verbena Blossom &trade;
- Little Annie's Travelers ~ White Lily &trade;
- Locker Kit Bundle SAVE $8.90<br>Get locker envy with our uplifting Rise 'N Shine essentials!
- Mend your mind&trade;
- Morning Dew ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Morning Dew ® Eau de Toilette Natural Spray
- Morning Dew Foaming Body Wash
- Morning Dew Fragrance Gift Set for Her
- Morning Dew Luxurious Body Lotion

AMZN_AOE3000006665

- My Personal Blending Kit &trade;
- Nature's Harvest ~ 6 Little Annie's &trade; Travelers with Suede Travel Pouch
- Nature's Harvest Cologne Splash Gift Set
- Nature's High ⓞ Custom Blend
- Open Cross Aroma Locket Necklace
- Outdoor Tactile Bag Gift Set
- Patchouli Essential Oil
- Peppermint Essential Oil
- Pocket Pack (5 pcs) SAVE $2.02<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refillable Splash 2.16 fl oz<br>Total 10.8 fl oz (5 pcs)
- Pocket Pack (5 pcs) SAVE $2.46<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refillable Spray 2.16 fl oz<br>Total 10.8 fl oz (5 pcs)
- Pumpkin Spice Custom Blend
- Pumpkin Spice Home & Body Spray
- Pure Body Oil &trade;, Unscented
- Pure Happiness ⓞ Custom Blend
- Pure Happiness ⓞ Home & Body Spray
- Rise 'N Shine ⓞ Radiance Shampoo
- Rise 'N Shine ⓞ Revitalizing Conditioner
- Rise 'N Shine ⓞ Custom Blend
- Rise 'N Shine ⓞ Body Oil
- Rise 'N Shine ⓞ Foaming Body Wash
- Rise 'N Shine ⓞ Home & Bath Set
- Rise 'N Shine ⓞ Home & Body Spray
- Rise 'N Shine ⓞ Luxurious Hand & Body Lotion
- Rose in Jojoba Oil Essential Oil
- Rosemary Essential Oil
- Sagebrush ~ 3 AO Travelers &trade; with Suede Travel Pouch
- Sagebrush ⓞ Body Wash
- Sagebrush ⓞ Deodorizing Body Spray
- Sagebrush ⓞ Hand and Body Lotion
- Sagebrush ⓞ Men's After Shave Balm Spray
- Sagebrush ⓞ Natural Spray Cologne
- Sagebrush Men's Gift Set
- Sandalwood in Jojoba Oil Essential Oil
- Sea Wool Natural Sponge ~ LARGE
- Sea Wool Natural Sponge ~ MEDIUM
- Sea Wool Natural Sponge ~ SMALL
- Seasonal Soothing Lavender Bath & Body Oil
- Second Wind ⓞ Custom Blend
- Signature Scarf ~ Jewel Toned

AMZN_AOE3000006666

- Signature Scarf ~ Pastel Palette
- Skin Care Glow Set
- Snowflake Aroma Locket Necklace
- Soothe your body&trade;
- Stampede & Sagebrush ~ 6 AO Travelers &trade; with Suede Travel Pouch
- Stampede ~ 3 AO Travelers &trade; with Suede Travel Pouch
- Stampede ⓐ Body Spray Natural Deodorizing
- Stampede ⓐ Body Wash
- Stampede ⓐ Hand and Body Lotion
- Stampede ⓐ Men's After Shave & Beard Conditioner Balm Splash
- Stampede ⓐ Natural Spray Cologne
- Stampede Cologne Miniature Splash
- Stampede Men's Gift Set
- Stock Up Gift Pack (11 pcs) SAVE $21.92<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Refill Pour / Splash<br>Total 66.48 fl oz (11 pcs)
- Sunset ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Sunset ⓐ Eau de Toilette Natural Spray
- Sunset Foaming Body Wash
- Sunset Gift Set
- Sunset Luxurious Body Lotion
- Sweet Dreams &trade; Custom Blend
- Tea Tree Essential Oil
- Tea Tree Home & Body Spray
- The Adventure&trade;
- The Mood-Maker&trade;
- Three Wise Women Journey Set
- Thunderbird Aroma Locket Necklace
- Traveler Pack (5pcs) SAVE $2.18<br>Hand Sanitizer 80% Alcohol.<br>Moisturizing. Unscented. Liquid Rub. Natural Spray 4 fl oz<br>Total 20 fl oz (5 pcs)
- Tree Aroma Locket Necklace
- Trio Scent Bundle SAVE $4.01<br>Personalize your hand sanitizer with immune-boosting pure essential oils!
- Ultrasonic Diffuser, Light Pear Wood
- Verbena Blossom &trade; Eau de Cologne Natural Spray
- Verbena Blossom ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- Verbena Blossom Foaming Body Wash
- Verbena Blossom Gift Set
- Verbena Blossom Luxurious Body

AMZN_AOE3000006667

- Lotion
- White Lily &trade; Eau de Toilette Natural Spray
- White Lily ~ 3 Little Annie's &trade; Travelers with Suede Travel Pouch
- White Lily Foaming Body Wash
- White Lily Gift Set
- White Lily Luxurious Body Lotion
- Wild West ⓡ Men's After Shave Balm Spray
- Wild West ⓡ Deodorizing Body Spray
- Wild West ⓡ for Her Eau de Toilette Natural Spray
- Wild West ⓡ Men's Body Wash
- Wild West ⓡ Men's Hand and Body Lotion
- Wild West ⓡ Natural Spray Men's Cologne
- Wild West for Her Foaming Body Wash
- Wild West for Her Gift Set
- Wild West for Her Luxurious Body Lotion
- Wild West for Him & Her Cologne Duo
- Wild West for Him Gift Set
- Wool Dryer Balls
- Wool Dryer Balls with Christmas Tree Pure Essential Oil
- Wool Dryer Balls with Eucalyptus
- Wool Dryer Balls with Frankincense
- Wool Dryer Balls with Grapefruit
- Wool Dryer Balls with Kick Backⓡ
- Wool Dryer Balls with Lavender
- Wool Dryer Balls with Lemon
- Wool Dryer Balls with Patchouli
- Wool Dryer Balls with Peppermint
- Wool Dryer Balls with Pure Happinessⓡ
- Wool Dryer Balls with Rise 'N Shineⓡ
- Ylang Ylang Essential Oil

**INFO**
Home
FAQ
My Account
Contact Us
About Us
Shipping
Returns & Exchanges
Site Map



**COMPANY**
Store Locator

**STUDIO GIFT SHOPPE HOURS & MAP**
Public Tours
Location Map

**AO NEWS**
Blog
In The Press

**DEALER/WHOLESALE INQUIRES**
Portal Sign In
Become a Retailer

**SHOP**
Fragrances
Pure Essential Oils
Bath & Body
Skin Care
Jewelry
Gift Ideas
Gift Certificates
Privacy Policy
Terms of Use

**CORPORATE GIFTS**

© 2020 Annie Oakley Inc. Ent. All worldwide rights reserved.

AMZN_AOE3000006669

https://web.archive.org/web/20190319214202/annieoakley.com/sitemap

AMZN_AOE3000006670









| | | |
| --- | --- | --- |
| ♡ 0 | 🛍 0 | Checkout |

Search...

NEW    FRAGRANCES    ESSENTIAL OILS    BATH & BODY    JEWELRY    GIFTS    ABOUT    TOURS    STORE LOCATOR

## Site Map

### Categories

- After Shave Balm
- Annie
- Bath &amp; Body
  - Foaming Body Wash
  - Luxurious Body Lotion
  - Massage Body Oils &amp; Carriers
  - Men's Essentials
  - Skincare
- Body Lotion for Men
- Body Wash for Men
- Breathe Pure
- Chamomile in Jojoba Oil
- Cherry Blossom
- Citrus &amp; Honey
- Clary Sage 100% pure essential oil
- Deodorizing Body Spray for Men
- Diffusers
- Don't Touch Me Outdoor Body Spray
- Essential Oils
  - Accessories
  - Essential Oil Kits
  - Single Pure Essential Oils
  - Synergy Custom Blends
- Eucalyptus 100% pure essential oil
- Evening Lavender
- Focus
- Fragrance
  - AO Travelers
  - Journeys for Horse &amp; Rider
  - Men
  - Women
- Frankincense 100% pure essential oil
- Geranium 100% pure essential oil
- Gifts
  - Family Home &amp; Ranch
  - Gift Certificates
  - Men's Gifts
  - Pure Essential Oil
  - Women's Gifts
- Gifts over $75
- Gifts under $100
- Gifts under $25
- Gifts under $39.99
- Gifts under $50

### Products

- Annie ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Annie ⦾ Eau de Toilette Natural Spray
- Annie Foaming Body Wash
- Annie Gift Set
- Annie Luxurious Body Lotion
- Anti-Aging Pure Facial Oil™
- AO Signature Aroma Locket Gift Set
- AO Signature Aroma Locket Necklace
- AO Signature Aroma Locket Necklace With Crystals
- AO Travelers for Men ~ Sagebrush ⦾
- AO Travelers for Men ~ Stampede ⦾
- Aroma Remedies Travel Bag
- Aroma Snowflake Locket Gift Set
- Bear Aroma Locket Necklace
- Bear Aroma Locket Necklace with Crystals
- Blemish Free™
- Bleu Ridge ⦾ Natural Spray Cologne
- Bohemian Silver Aroma Locket Necklace
- Breathe Pure ™ Custom Blend
- Calming Lavender Journeys Training Essentials!
- Calming Lavender Muzzle Oil Rub ™
- Calming Lavender Pure Essential Oil
- Calming Lavender Ranch & Stall Spray ™
- Chakra Bracelet
- Chamomile in Jojoba Oil Essential Oil
- Cherry Blossom Eau de Toilette Natural Spray
- Cherry Blossom Foaming Body Wash
- Cherry Blossom Gift Set
- Cherry Blossom Luxurious Body Lotion
- Christmas Spirit Custom Blend
- Christmas Tree Custom Blend
- Citrus & Honey ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch

### Customer Service

- Your Account
- Order Status/History
- Contact Us

### Topics

- Annie Oakley Store Locator
- Become an Annie Oakley Retailer
- Holiday 2010
- Holiday 2011
- Perfumery Factory Tours
- Terms & Conditions
- About Us
- Checkout Security Seal
- Copyright Notice
- Customer Service
- Data Retention Policy
- Frequently Asked Questions
- Privacy Policy
- Return Policy
- Security Policy
- Shipping Information

AMZN_AOE3000006671

- Gifts under $75
- Golden Meditation
- Grapefruit 100% pure essential oil
- Happy Violet
- Home &amp; Body Sprays
- Honeysuckle
- Indian Musk
- Jewelry &amp; Accessories
  - Aroma Bracelets
  - Aroma Necklaces
  - Scarves
- Journey Man
- Kick Back
- Lavender 100% pure essential oil
- Lemon 100% pure essential oil
- Morning Dew
- Mother's Day
- Nature's High
- New
- No Problem
- Patchouli 100% pure essential oil
- Peppermint 100% pure essential oil
- Pumpkin Spice
- Rise 'N Shine
- Romance
- Rose in Jojoba Oil
- Rosemary 100% pure essential oil
- Sagebrush for Him
- Sandalwood in Jojoba Oil
- Second Wind
- Stampede for Him
- Sunset
- Sweet Dreams
- Tea Tree 100% pure essential oil
- Twelve Days of Christmas
- Verbena Blossom
- White Lily
- Wild West for Her
- Wild West for Him
- Wool Dryer Balls
- Ylang Ylang 100% pure essential oil

## Departments

## Manufacturers

- Annie Oakley

- Citrus & Honey Foaming Body Wash
- Citrus & Honey Gift Set
- Citrus & Honey Luxurious Body Lotion
- Citrus & Honey ™ Eau de Cologne Natural Spray
- Citrus Fun Home & Body Spray
- Clary Sage Essential Oil
- Cross Aroma Locket Necklace
- Deodorizing Body Spray Trio
- Don't Touch Me&#8482; Outdoor Body Spray 3 Pack<br>#Stops Bugs Naturally - BEST OFFER!
- Don't Touch Me<sup>TM</sup> Outdoor Body Spray<br />#Stops Bugs Naturally
- Eucalyptus Essential Oil
- Evening Lavender ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Evening Lavender Foaming Body Wash
- Evening Lavender Gift Set
- Evening Lavender Luxurious Body Lotion
- Evening Lavender ™ Eau de Cologne Natural Spray
- Five MUST HAVE EO Kit & Diffuser Combo
- Five MUST HAVE Essential Oils Kit
- Florals ~ 6 Little Annie's ™ Travelers with Suede Travel Pouch
- Focus ™ Custom Blend
- Four Hearts Aroma Locket Necklace With Crystals, 25mm size
- Four Hearts Aroma Locket Necklace with Crystals, 30mm size
- Four Hearts Aroma Locket Necklace, 30mm size
- Frankincense Essential Oil
- Frankincense Home & Body Spray
- Geranium Essential Oil
- Gift Certificate ~ $25.00
- Gift Certificates ~ $100.00
- Gift Certificates ~ $50.00
- Golden Meditation ⓡ Custom Blend
- Grapefruit Essential Oil
- Happy Violet ™ Custom Blend
- Home & Body Spray Holiday Collection
- Honeysuckle ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Honeysuckle Eau de Toilette Natural Spray
- Honeysuckle Foaming Body Wash
- Honeysuckle Gift Set
- Honeysuckle Luxurious Body Lotion
- Horse & Rider Aroma Locket Necklace
- Horse Head Aroma Locket Necklace, 20mm size

AMZN_AOE3000006672

- Horse Head Aroma Locket Necklace, 30mm size
- Indian Musk ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Indian Musk ⓡ Eau de Toilette Natural Spray
- Indian Musk Foaming Body Wash
- Indian Musk Gift Set
- Indian Musk Luxurious Body Lotion
- Indy Mint ™ Home & Body Spray
- Kick Back ⓡ Custom Blend
- Kick Back Home & Body Spray
- Lava Single Bead Necklace Gold Chain
- Lava Single Bead Necklace Silver Chain
- Lavender Essential Oil
- Lemon Essential Oil
- Little Annie's Travelers ~ Annie ⓡ
- Little Annie's Travelers ~ Citrus & Honey ™
- Little Annie's Travelers ~ Evening Lavender ™
- Little Annie's Travelers ~ Honeysuckle
- Little Annie's Travelers ~ Indian Musk ⓡ
- Little Annie's Travelers ~ Morning Dew ⓡ
- Little Annie's Travelers ~ Sunset ⓡ
- Little Annie's Travelers ~ Verbena Blossom ™
- Little Annie's Travelers ~ White Lily ™
- Mend your mind™
- Morning Dew ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Morning Dew ⓡ Eau de Toilette Natural Spray
- Morning Dew Foaming Body Wash
- Morning Dew Fragrance Gift Set for Her
- Morning Dew Luxurious Body Lotion
- My Personal Blending Kit ™
- Nature's Harvest ~ 6 Little Annie's ™ Travelers with Suede Travel Pouch
- Nature's Harvest Cologne Splash Gift Set
- Nature's High ⓡ Custom Blend
- Open Cross Aroma Locket Necklace
- Patchouli Essential Oil
- Peppermint Essential Oil
- Pumpkin Spice Custom Blend
- Pure Body Oil ™, Unscented
- Rise 'N Shineⓡ Radiance Shampoo
- Rise 'N Shineⓡ Revitalizing Conditioner
- Rise 'N Shine ⓡ Custom Blend
- Rise 'N Shineⓡ Foaming Body Wash
- Rise 'N Shineⓡ Home & Bath Set
- Rise 'N Shineⓡ Luxurious Hand &

AMZN_AOE3000006673

Body Lotion

- Rose in Jojoba Oil Essential Oil
- Rosemary Essential Oil
- Sagebrush ~ 3 AO Travelers ™ with Suede Travel Pouch
- Sagebrush ⓐ Body Wash
- Sagebrush ⓐ Deodorizing Body Spray
- Sagebrush ⓐ Hand and Body Lotion
- Sagebrush ⓐ Men's After Shave Balm Spray
- Sagebrush ⓐ Natural Spray Cologne
- Sagebrush Men's Gift Basket
- Sandalwood in Jojoba Oil Essential Oil
- Sea Wool Natural Sponge ~ LARGE
- Sea Wool Natural Sponge ~ MEDIUM
- Sea Wool Natural Sponge ~ SMALL
- Seasonal Soothing Lavender Bath & Body Oil
- Second Wind ⓐ Custom Blend
- Signature Scarf ~ Jewel Toned
- Signature Scarf ~ Pastel Palette
- Skin Care Glow Set
- Snowflake Aroma Locket Necklace
- Soothe your body™
- Stampede & Sagebrush ~ 6 AO Travelers ™ with Suede Travel Pouch
- Stampede ~ 3 AO Travelers ™ with Suede Travel Pouch
- Stampede ⓐ Body Spray Natural Deodorizing
- Stampede ⓐ Body Wash
- Stampede ⓐ Hand and Body Lotion
- Stampede ⓐ Men's After Shave Balm Spray
- Stampede ⓐ Natural Spray Cologne
- Stampede Cologne Miniature Splash
- Stampede Men's Gift Basket
- Sunset ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Sunset ⓐ Eau de Toilette Natural Spray
- Sunset Foaming Body Wash
- Sunset Gift Set
- Sunset Luxurious Body Lotion
- Sweet Dreams ™ Custom Blend
- Tea Tree Essential Oil
- The Adventure™
- The Mood-Maker™
- Three Wise Women Journey Set
- Thunderbird Aroma Locket Necklace
- Tree Aroma Locket Necklace
- Ultrasonic Diffuser, Natural Pear Wood
- Verbena Blossom ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Verbena Blossom Foaming Body

AMZN_AOE3000006674

Wash
- Verbena Blossom Gift Set
- Verbena Blossom Luxurious Body Lotion
- Verbena Blossom ™ Eau de Cologne Natural Spray
- White Lily ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- White Lily Foaming Body Wash
- White Lily Gift Set
- White Lily Luxurious Body Lotion
- White Lily ™ Eau de Toilette Natural Spray
- Wild West ⓸ Men's After Shave Balm Spray
- Wild West ⓸ Deodorizing Body Spray
- Wild West ⓸ for Her Eau de Toilette Natural Spray
- Wild West ⓸ Men's Body Wash
- Wild West ⓸ Men's Hand and Body Lotion
- Wild West ⓸ Natural Spray Men's Cologne
- Wild West for Her Foaming Body Wash
- Wild West for Her Gift Set
- Wild West for Her Luxurious Body Lotion
- Wild West for Him & Her Cologne Duo
- Wild West for Him Gift Basket Trio
- Wool Dryer Balls
- Wool Dryer Balls with Christmas Tree Pure Essential Oil
- Ylang Ylang Essential Oil



**INFO**
Home
FAQ
My Account
Contact Us
About Us
Shipping
Returns & Exchanges
Site Map

**COMPANY**
Store Locator

**STUDIO GIFT SHOPPE HOURS & MAP**
Public Tours
Location Map

**AO NEWS**
Blog
In The Press

**DEALER/WHOLESALE INQUIRES**
Portal Sign In
Become a Retailer

**SHOP**
Fragrances
Pure Essential Oils
Bath & Body
Skin Care
Jewelry
Gift Ideas
Gift Certificates
Privacy Policy
Terms of Use

**CORPORATE GIFTS**

© 2019 Annie Oakley Inc. Ent. All worldwide rights reserved.

AMZN_AOE3000006675

https://web.archive.org/web/20180525154349/http://www.annieoakley.com/sitemap

AMZN_AOE3000006676



http://www.annieoakley.com/sitemap

20 captures
24 May 2018 - 6 Jun 2023

APR **MAY** JUL
◀ **25** ▶
2017 **2018** 2020



♡ 0    🛍 0    Checkout

Search...

FRAGRANCES    ESSENTIAL OILS    BATH & BODY    JEWELRY    GIFTS    ABOUT    TOURS    STORE LOCATOR

## Site Map

### Categories

- Accessories
- After Shave Balm
- Annie
- AO Travelers
- Aroma Bracelets
- Aroma Necklaces
- Bath &amp; Body
- Body Lotion for Men
- Body Wash for Men
- Breathe Pure
- Chamomile in Jojoba Oil
- Cherry Blossom
- Citrus &amp; Honey
- Clary Sage 100% pure essential oil
- Deodorizing Body Spray for Men
- Diffusers
- Don't Touch Me Outdoor Body Spray
- Essential Oil Kits
- Essential Oils
- Eucalyptus 100% pure essential oil
- Evening Lavender
- Family Home &amp; Ranch
- Foaming Body Wash
- Focus
- Fragrance
- Frankincense 100% pure essential oil
- Geranium 100% pure essential oil
- Gift Certificates
- Gifts
- Gifts under $100
- Gifts under $25
- Gifts under $50
- Golden Meditation
- Grapefruit 100% pure essential oil
- Happy Violet
- Home &amp; Body Sprays
- Honeysuckle
- Indian Musk
- Jewelry &amp; Accessories
- Journey Man
- Journeys for Horse &amp; Rider
- Kick Back
- Lavender 100% pure essential oil
- Lemon 100% pure essential oil

### Products

- Annie ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Annie ⓒ Eau de Toilette Natural Spray
- Annie Foaming Body Wash
- Annie Gift Basket
- Annie Luxurious Body Lotion
- Anti-Aging Pure Facial Oil™
- AO Signature Aroma Locket Necklace
- AO Signature Aroma Locket Necklace With Crystals
- AO Travelers for Men ~ Sagebrush ⓒ
- AO Travelers for Men ~ Stampede ⓒ
- Aroma Snowflake Locket Gift Set
- Bear Aroma Locket Necklace
- Blemish Free™
- Breathe Pure ™ Custom Blend
- Calming Lavender Journeys Training Essentials!
- Calming Lavender Muzzle Wipe ™
- Calming Lavender Pure Essential Oil
- Calming Lavender Ranch & Stall Spray ™
- Chakra Bracelet
- Chamomile in Jojoba Oil Essential Oil
- Cherry Blossom Eau de Toilette Natural Spray
- Cherry Blossom Foaming Body Wash
- Cherry Blossom Luxurious Body Lotion
- Citrus & Honey ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Citrus & Honey Foaming Body Wash
- Citrus & Honey Luxurious Body Lotion
- Citrus & Honey ™ Eau de Cologne Natural Spray
- Citrus Fun Home & Body Spray
- Clary Sage Essential Oil
- Cross Aroma Locket Necklace
- Deodorizing Body Spray Trio
- Don't Touch Me ™ Outdoor Body

### Customer Service

- Your Account
- Order Status/History
- Contact Us

### Topics

- Annie Oakley Store Locator
- Become an Annie Oakley Retailer
- Perfumery Factory Tours
- Terms & Conditions
- About Us
- Checkout Security Seal
- Copyright Notice
- Customer Service
- Data Retention Policy
- Frequently Asked Questions
- Privacy Policy
- Return Policy
- Security Policy
- Shipping Information

AMZN_AOE3000006677

- Luxurious Body Lotion
- Massage Body Oils &amp; Carriers
- Men
- Men's Essentials
- Men's Gifts
- Morning Dew
- Mother's Day
- Nature's High
- No Problem
- Patchouli 100% pure essential oil
- Peppermint 100% pure essential oil
- Pure Essential Oil
- Rise 'N Shine
- Romance
- Rose in Jojoba Oil
- Rosemary 100% pure essential oil
- Sagebrush for Him
- Sandalwood in Jojoba Oil
- Scarves
- Second Wind
- Single Pure Essential Oils
- Skincare
- Stampede for Him
- Sunset
- Sweet Dreams
- Synergy Custom Blends
- Tea Tree 100% pure essential oil
- Verbena Blossom
- White Lily
- Wild West for Her
- Wild West for Him
- Women
- Women's Gifts
- Wool Dryer Balls
- Ylang Ylang 100% pure essential oil

## Departments

## Manufacturers

- Annie Oakley

- Spray
- Eucalyptus Essential Oil
- Evening Lavender ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Evening Lavender Foaming Body Wash
- Evening Lavender Luxurious Body Lotion
- Evening Lavender ™ Eau de Cologne Natural Spray
- Five MUST HAVE EO Kit & Diffuser Combo
- Five MUST HAVE Essential Oils Kit
- Florals ~ 6 Little Annie's ™ Travelers with Suede Travel Pouch
- Focus ™ Custom Blend
- Four Hearts Aroma Locket Necklace With Crystals, 25mm size
- Four Hearts Aroma Locket Necklace with Crystals, 30mm size
- Four Hearts Aroma Locket Necklace, 30mm size
- Frankincense Essential Oil
- Frankincense Home & Body Spray
- Geranium Essential Oil
- Gift Certificate ~ $25.00
- Gift Certificates ~ $100.00
- Gift Certificates ~ $50.00
- Grapefruit Essential Oil
- Happy Violet ™ Custom Blend
- Honeysuckle ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Honeysuckle Eau de Toilette Natural Spray
- Honeysuckle Foaming Body Wash
- Honeysuckle Gift Basket
- Honeysuckle Luxurious Body Lotion
- Horse & Rider Aroma Locket Necklace
- Horse Head Aroma Locket Necklace, 20mm size
- Horse Head Aroma Locket Necklace, 30mm size
- Indian Musk ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Indian Musk ⓘ Eau de Toilette Natural Spray
- Indian Musk Foaming Body Wash
- Indian Musk Gift Basket
- Indian Musk Luxurious Body Lotion
- Indy Mint ™ Home & Body Spray
- Journey Man ⓘ Blend in Jojoba Oil
- Kick Back ⓘ Custom Blend
- Kick Back Home & Body Spray
- Lavender Essential Oil
- Lemon Essential Oil
- Little Annie's Travelers ~ Annie ⓘ
- Little Annie's Travelers ~ Citrus & Honey ™
- Little Annie's Travelers ~ Evening

Lavender ™

- Little Annie's Travelers ~ Honeysuckle
- Little Annie's Travelers ~ Indian Musk ⓞ
- Little Annie's Travelers ~ Morning Dew ⓞ
- Little Annie's Travelers ~ Sunset ⓞ
- Little Annie's Travelers ~ Verbena Blossom ™
- Little Annie's Travelers ~ White Lily ™
- Morning Dew ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Morning Dew ⓞ Eau de Toilette Natural Spray
- Morning Dew Foaming Body Wash
- Morning Dew Fragrance Gift Basket for Her
- Morning Dew Luxurious Body Lotion
- Nature's Harvest ~ 6 Little Annie's ™ Travelers with Suede Travel Pouch
- Nature's Harvest Cologne Splash Gift Set
- Nature's High ⓞ Custom Blend
- No Problem ⓞ Blend in Jojoba Oil
- Patchouli Essential Oil
- Peppermint Essential Oil
- Pumpkin Spice Home & Body Spray
- Pure Body Oil ™, Unscented
- Rise 'N Shine ⓞ Custom Blend
- Rose in Jojoba Oil Essential Oil
- Rosemary Essential Oil
- Sagebrush ~ 3 AO Travelers ™ with Suede Travel Pouch
- Sagebrush ⓞ Body Wash
- Sagebrush ⓞ Deodorizing Body Spray
- Sagebrush ⓞ Hand and Body Lotion
- Sagebrush ⓞ Natural Spray Cologne
- Sagebrush Men's Gift Basket
- Sandalwood in Jojoba Oil Essential Oil
- Sea Wool Natural Sponge ~ LARGE
- Sea Wool Natural Sponge ~ MEDIUM
- Sea Wool Natural Sponge ~ SMALL
- Second Wind ⓞ Custom Blend
- Signature Scarf ~ Jewel Toned
- Signature Scarf ~ Pastel Palette
- Snowflake Aroma Locket Necklace
- Stampede & Sagebrush ~ 6 AO Travelers ™ with Suede Travel Pouch
- Stampede ~ 3 AO Travelers ™ with Suede Travel Pouch
- Stampede ⓞ Body Spray Natural Deodorizing
- Stampede ⓞ Body Wash
- Stampede ⓞ Hand and Body Lotion
- Stampede ⓞ Men's After Shave Balm Spray
- Stampede ⓞ Natural Spray Cologne

AMZN_AOE3000006679

- Stampede Cologne Miniature Splash
- Stampede Men's Gift Basket
- Sunset ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Sunset ⓘ Eau de Toilette Natural Spray
- Sunset Foaming Body Wash
- Sunset Gift Basket
- Sunset Luxurious Body Lotion
- Sweet Dreams ™ Custom Blend
- Tea Tree Essential Oil
- Thunderbird Aroma Locket Necklace
- Ultrasonic Diffuser, Dark Pear Wood
- Ultrasonic Diffuser, Natural Pear Wood
- Verbena Blossom ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- Verbena Blossom Foaming Body Wash
- Verbena Blossom Luxurious Body Lotion
- Verbena Blossom ™ Eau de Cologne Natural Spray
- White Lily ~ 3 Little Annie's ™ Travelers with Suede Travel Pouch
- White Lily Foaming Body Wash
- White Lily Gift Basket
- White Lily Luxurious Body Lotion
- White Lily ™ Eau de Toilette Natural Spray
- Wild West ⓘ Men's After Shave Balm Spray
- Wild West ⓘ Deodorizing Body Spray
- Wild West ⓘ for Her Eau de Toilette Natural Spray
- Wild West ⓘ Men's Body Wash
- Wild West ⓘ Men's Hand and Body Lotion
- Wild West ⓘ Natural Spray Men's Cologne
- Wild West for Her Foaming Body Wash
- Wild West for Her Gift Basket
- Wild West for Her Luxurious Body Lotion
- Wild West for Him & Her Cologne Duo
- Wild West for Him Gift Basket Trio
- Wool Dryer Balls
- Ylang Ylang Essential Oil

**INFO**
Home
FAQ
My Account
Contact Us

**COMPANY**
Store Locator

**STUDIO GIFT SHOPPE**
HOURS & MAP

**SHOP**
Fragrances
Pure Essential Oils
Bath & Body
Skin Care

AMZN_AOE3000006680

Contact Us
About Us
Shipping
Returns & Exchanges
Site Map

**HOURS & MAP**
Public Tours
Location Map

**AO NEWS**
Blog
In The Press

**DEALER/WHOLESALE INQUIRES**
Portal Sign In
Become a Retailer

Skin Care
Jewelry
Gift Ideas
Gift Certificates
Privacy Policy
Terms of Use

**CORPORATE GIFTS**

© 2018 Annie Oakley Inc. Ent. All worldwide rights reserved.

AMZN_AOE3000006681

https://web.archive.org/web/20170915071351/http://www.annieoakley.com/sitemap.aspx

AMZN_AOE3000006682


INTERNET ARCHIVE
WaybackMachine
41 captures
31 Dec 2007 - 30 Jan 2018

http://www.annieoakley.com/sitemap.aspx     Go

NOV | SEP | NOV
◀ | 15 | ▶
2016 | 2017 | 2018

About this capture




ANNIE OAKLEY

Find us on Facebook

My Account  •  Shopping Bag (0 Items)  •  Help?

Search

Home  |  Tours  |  What's New  |  Collections  |  Products  |  Gift Ideas  |  Store Locator  |  Company

**WhatsNew.aspx**
**Collections.aspx**
**StoreLocator/Main.aspx**
**Company.aspx**
**Retailer.aspx**
**Legal.aspx**
**Privacy.aspx**
**Annie Oakley Travelers**
  z-Little Annie's Travelers ~ Annie ®
**$3.95**
  z-Little Annie's Travelers ~ Citrus & Honey ™
**$3.95**
  z-Little Annie's Travelers ~ Evening Lavender ™
**$3.95**
  z-Little Annie's Travelers ~ Honeysuckle
**$3.95**
  z-Little Annie's Travelers ~ Indian Musk ®
**$3.95**
  z-Little Annie's Travelers ~ Sunset ®
**$3.95**
  z-Little Annie's Travelers ~ Verbena Blossom ™
**$3.95**
  z-Little Annie's Travelers ~ White Lily ™
**$3.95**
  z-AO Travelers for Men ~ Sagebrush ®
**$3.95**
  z-AO Travelers for Men ~ Stampede ®
**$3.95**
  z-Little Annie's Travelers ~ Morning Dew ®
**$3.95**
  Annie ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Indian Musk ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Morning Dew ~ 3 Little Annie's™ Travelers with Suede Travel Pouch.
**$12.50**
  Sunset ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Honeysuckle ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  White Lily ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Citrus & Honey ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Evening Lavender ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Verbena Blossom ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Stampede & Sagebrush ~ 6 AO Travelers™ with Suede Travel Pouch
**$16.50**
  Stampede ~ 3 AO Travelers™ with Suede Travel Pouch
**$12.50**
  Sagebrush ~ 3 AO Travelers™ with Suede Travel Pouch
**$12.50**
  Florals ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
**$16.50**
  Nature's Harvest ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
**$16.50**
  Wild West Trio Gift Set
**$45.00**

  **Bath and Body Care**
  Body Oil, Unscented
**$15.95**
  Body Oil, Unscented
**$15.95**
  *Stampede Men's After Shave Balm Spray
**$18.00**
  Sea Wool Natural Sponge ~ LARGE

AMZN_AOE3000006683

**$24.95**
Sea Wool Natural Sponge ~ MEDIUM
**$17.95**
Sea Wool Natural Sponge ~ SMALL
**$12.95**
*Sagebrush™ After Shave Balm Spray
**$18.00**
z Calming Lavender
Journeys Training Essentials!
**$74.00**
z Calming Lavender
Muzzle Oil Rub™ **$22.00**
z Calming Lavender
Pure Essential Oil
**$28.50**
Wild West Mens Conditioner
**$16.00**
Wild West Mens Shampoo
**$16.00**
Annie Foaming Body Wash
**$15.00**
Annie Luxurious Body Lotion
**$16.00**
Annie Radiance Shampoo
**$16.00**
Annie Revitalizing Conditioner
**$16.00**
Citrus & Honey Foaming Body Wash
**$15.00**
Citrus & Honey Luxurious Body Lotion
**$16.00**
Citrus & Honey Radiance Shampoo
**$16.00**
Citrus & Honey Revitalizing Conditioner
**$16.00**
Evening Lavender Foaming Body Wash
**$15.00**
Evening Lavender Luxurious Body Lotion
**$16.00**
Evening Lavender Radiance Shampoo
**$16.00**
Evening Lavender Revitalizing Conditioner
**$16.00**
Honeysuckle Foaming Body Wash
**$15.00**
Honeysuckle Luxurious Body Lotion
**$16.00**
Honeysuckle Radiance Shampoo
**$16.00**
Honeysuckle Revitalizing Conditioner
**$16.00**
Indian Musk Foaming Body Wash
**$15.00**
Indian Musk Luxurious Body Lotion
**$16.00**
Indian Musk Radiance Shampoo
**$16.00**
**Indian Musk Revitalizing Conditioner**
**$16.00**
**Morning Dew Foaming Body Wash**
**$15.00**
**Morning Dew Luxurious Body Lotion**
**$16.00**
**Morning Dew Radiance Shampoo**
**$16.00**
**Morning Dew Revitalizing Conditioner**
**$16.00**
**Sunset Foaming Body Wash**
**$15.00**
**Sunset Luxurious Body Lotion**
**$16.00**
**Sunset Radiance Shampoo**
**$16.00**
**Sunset Revitalizing Conditioner**
**$16.00**
**Verbena Blossom Foaming Body Wash**
**$15.00**
**Verbena Blossom Luxurious Body Lotion**
**$16.00**
**Verbena Blossom Radiance Shampoo**
**$16.00**
**Verbena Blossom Revitalizing Conditioner**
**$16.00**
**White Lily Foaming Body Wash**

AMZN_AOE3000006684

$15.00
   White Lily Luxurious Body Lotion
$16.00
   White Lily Radiance Shampoo
$16.00
   White Lily Revitalizing Conditioner
$16.00
   Wild West Trio Gift Set
$45.00

   Sunset SPA Body Combo
$31.00
   z Calming Lavender
Ranch & Stall Spray™ $20.00
   Sagebrush ® Body Wash
$15.00
   Sagebrush ® Hand and Body Lotion
$16.00
   Sagebrush Conditioner
$16.00
   Sagebrush Shampoo
$16.00
   Stampede ® Body Wash
$15.00
   Stampede ® Hand and Body Lotion
$16.00
   Stampede Conditioner
$16.00
   Stampede Shampoo
$16.00
   Wild West ® Men's Body Wash
$15.00
   Wild West ® Men's Hand and Body Lotion
$16.00
   *Cherry Blossom Foaming Body Wash
$15.00
   *Cherry Blossom Luxurious Body Lotion
$16.00
   *Cherry Blossom Radiance Shampoo
$16.00
   *Cherry Blossom Revitalizing Conditioner
$16.00
   *Five MUST HAVE Essential Oils Kit
Sugg. Price $73.00
Special $49.00
   *Deodorizing Body Spray Trio
Sugg. Price $39.00
Special $24.95
   A Cherry Blossom SPA Gift Basket
Sugg. Price $116.95
$57.00
   Wild West for Her
Foaming Body Wash
$15.00
   Wild West for Her
Luxurious Body Lotion
$16.00
   Wild West for Her
Radiance Shampoo
$16.00
   Wild West for Her
Revitalizing Conditioner
$16.00

   Cherry Blossom
   *Cherry Blossom Eau de Toilette Natural Spray
$32.00
   *Cherry Blossom Foaming Body Wash
$15.00
   *Cherry Blossom Luxurious Body Lotion
$16.00
   *Cherry Blossom Radiance Shampoo
$16.00
   *Cherry Blossom Revitalizing Conditioner
$16.00
   A Cherry Blossom SPA Gift Basket
Sugg. Price $116.95
$57.00

   Eclectic Remedies
   Eucalyptus Essential Oil
$6.99
   Geranium Essential Oil
$12.95

AMZN_AOE3000006685

Grapefruit Essential Oil
$10.00
Lavender Essential Oil
$14.45
Lemon Essential Oil
$9.60
Patchouli Essential Oil
$15.45
Rosemary Essential Oil
$12.95
Sandalwood in Jojoba Oil Essential Oil
$14.95
Tea Tree Essential Oil
$6.50
Ylang Ylang Essential Oil
$16.95
Body Oil, Unscented
$15.95
z Calming Lavender Journeys Training Essentials!
$74.00
z Calming Lavender Muzzle Oil Rub™ $22.00
z Calming Lavender Pure Essential Oil
$28.50
Frankincense Room & Linen Spray
$18.00
z Calming Lavender Ranch & Stall Spray™ $20.00
Peppermint Essential Oil
$9.49
Frankincense Essential Oil
$18.95
Rose in Jojoba Oil Essential Oil
$47.50
*The Potent Mix Sampler ™
$224.58
Chamomile in Jojoba Oil Essential Oil
14.90
*Five MUST HAVE Essential Oils Kit
Sugg. Price $73.00
Special $49.00
Aroma Snowflake Locket Gift Set
Sugg. Price $60.98
Special $39.95
Kick Back ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
Nature's High ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
No Problem ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
Rise 'N Shine ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
Second Wind ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
Journey Man ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
Bear Aroma Locket Necklace
$38.00
Bohemian Flower Aroma Necklace
$38.00
KICK BACK & Aroma Four Hearts Locket Gift Set
Sugg. Price $61.20
Special $39.95

Essential Oils
Eucalyptus Essential Oil
$6.99
Geranium Essential Oil
$12.95
Grapefruit Essential Oil
$10.00
Lavender Essential Oil
$14.45
Lemon Essential Oil
$9.60
Patchouli Essential Oil

AMZN_AOE3000006686

$15.45
    Rosemary Essential Oil
$12.95
    Sandalwood in Jojoba Oil Essential Oil
$14.95
    Tea Tree Essential Oil
$6.50
    Ylang Ylang Essential Oil
$16.95
    z Calming Lavender Journeys Training Essentials!
$74.00
    z Calming Lavender Muzzle Oil Rub™ $22.00
    z Calming Lavender Pure Essential Oil
$28.50
    Frankincense Room & Linen Spray
$18.00
    z Calming Lavender Ranch & Stall Spray™ $20.00
    Peppermint Essential Oil
$9.49
    Frankincense Essential Oil
$18.95
    Rose in Jojoba Oil Essential Oil
$47.50
    *The Potent Mix Sampler ™
$224.58
    Chamomile in Jojoba Oil Essential Oil
14.90
    *Five MUST HAVE Essential Oils Kit
Sugg. Price $73.00
Special $49.00
    Aroma Snowflake Locket Gift Set
Sugg. Price $60.98
Special $39.95
    Kick Back ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
    Nature's High ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
    No Problem ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
    Rise 'N Shine ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
    Second Wind ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
    Journey Man ® Blend in Jojoba Oil
Sugg. Price $18.95
Special $13.25
    BREATHE PURE & Aroma Cross Locket Gift Set
Sugg. Price $60.98
Special $39.95
    Bear Aroma Locket Necklace
$38.00
    Bohemian Flower Aroma Necklace
$38.00
    KICK BACK & Aroma Four Hearts Locket Gift Set
Sugg. Price $61.20
Special $39.95

Florals
    *Annie ® Eau de Toilette Natural Spray
$28.50
    *Indian Musk ® Eau de Toilette Natural Spray
$28.50
    *Morning Dew ® Eau de Toilette Natural Spray
$28.50
    *White Lily ™ Eau de Toilette Natural Spray
$28.50
    z-Little Annie's Travelers ~ Annie ®
$3.95
    z-Little Annie's Travelers ~ Honeysuckle
$3.95
    z-Little Annie's Travelers ~ Indian Musk ®
$3.95
    z-Little Annie's Travelers ~ Sunset ®
$3.95
    z-Little Annie's Travelers ~ White Lily ™

AMZN_AOE3000006687

~~Little Annie's Travelers ~ White Lily~

$3.95

*Sunset ® Eau de Toilette Natural Spray

$28.50

z-Little Annie's Travelers ~ Morning Dew ®

$3.95

*Honeysuckle Eau de Toilette Natural Spray

$28.50

Annie ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

Indian Musk ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

Morning Dew ~ 3 Little Annie's™ Travelers with Suede Travel Pouch.

$12.50

Sunset ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

Honeysuckle ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

White Lily ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

Florals ~ 6 Little Annie's™ Travelers with Suede Travel Pouch

$16.50

Annie Foaming Body Wash

$15.00

Annie Luxurious Body Lotion

$16.00

Annie Radiance Shampoo

$16.00

Annie Revitalizing Conditioner

$16.00

Honeysuckle Foaming Body Wash

$15.00

Honeysuckle Luxurious Body Lotion

$16.00

Honeysuckle Radiance Shampoo

$16.00

Honeysuckle Revitalizing Conditioner

$16.00

Indian Musk Foaming Body Wash

$15.00

Indian Musk Luxurious Body Lotion

$16.00

Indian Musk Radiance Shampoo

$16.00

Indian Musk Revitalizing Conditioner

$16.00

Morning Dew Foaming Body Wash

$15.00

Morning Dew Luxurious Body Lotion

$16.00

Morning Dew Radiance Shampoo

$16.00

Morning Dew Revitalizing Conditioner

$16.00

Sunset Foaming Body Wash

$15.00

Sunset Luxurious Body Lotion

$16.00

Sunset Radiance Shampoo

$16.00

Sunset Revitalizing Conditioner

$16.00

White Lily Foaming Body Wash

$15.00

White Lily Luxurious Body Lotion

$16.00

White Lily Radiance Shampoo

$16.00

White Lily Revitalizing Conditioner

$16.00

Gift Ideas

Annie ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

Indian Musk ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

Morning Dew ~ 3 Little Annie's™ Travelers with Suede Travel Pouch.

$12.50

Sunset ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

Honeysuckle ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

White Lily ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

$12.50

Citrus & Honey ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

AMZN_AOE3000006688

Citrus & Honey ~ 3 Little Annie's ~ Travelers™ with Suede Travel Pouch
**$12.50**

   Evening Lavender ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**

   Verbena Blossom ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**

   Stampede & Sagebrush ~ 6 AO Travelers™ with Suede Travel Pouch
**$16.50**

   Stampede ~ 3 AO Travelers™ with Suede Travel Pouch
**$12.50**

   Sagebrush ~ 3 AO Travelers™ with Suede Travel Pouch
**$12.50**

   Florals ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
**$16.50**

   Nature's Harvest ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
**$16.50**

   z Calming Lavender
**Journeys Training Essentials!**
**$74.00**

   z Calming Lavender
**Muzzle Oil Rub™ $22.00**

   z Calming Lavender
**Pure Essential Oil**
**$28.50**

   Frankincense Room & Linen Spray
**$18.00**

   *Indy Mint™ Room & Linen Spray
**$18.00**

   *Citrus Fun Room & Linen Spray
**$15.00**

   *Kick Back Room & Linen Spray
**(Formerly Named 101)**
**$15.00**

   z Calming Lavender
**Ranch & Stall Spray™ $20.00**

   Pumpkin Spice Room & Linen Spray
**$16.50**

   Signature Scarf ~ Jewel Toned
**Sugg. Price $24.00**
**Special $18.95**

   Signature Scarf ~ Pastel Palette
**Sugg. Price $24.00**
**Special $18.95**

   *Stampede Body Spray Natural Deodorizing
**For Every Guy $13.00**

   *Sagebrush Deodorizing Body Spray
**For Every Guy $13.00**

   *Wild West for Him & Her Cologne Duo
**Sugg. Price $58.00**
**Special $47.00**

   *The Potent Mix Sampler ™
**$224.58**

   *Don't Touch Me™ Outdoor Body Spray
**$12.99**

   *Five MUST HAVE Essential Oils Kit
**Sugg. Price $73.00**
**Special $49.00**

   *Deodorizing Body Spray Trio
**Sugg. Price $39.00**
**Special $24.95**

   *Annie Gift Basket
**Sugg. Price $66.50**
**Special $46.55**

   *Citrus & Honey™ Gift Set
**Sugg. Price $66.50**
**Special $46.55**

   *Evening Lavender™ Gift Set
**Sugg. Price $66.50**
**Special $46.55**

   *Honeysuckle Gift Basket
**Sugg. Price $66.50**
**Special $46.55**

   *Indian Musk Gift Basket
**Sugg. Price $66.50**
**Special $46.55**

   *Morning Dew Fragrance Gift Basket for Her**
**Sugg. Price $66.50**
**Special $46.55**

   *Sagebrush Men's Gift Basket
**Sugg. Price $59.50**
**Special $41.65**

   *Stampede Men's Gift Basket
**Sugg. Price $59.50**
**Special $41.65**

   *Sunset Gift Basket

~Sunset Gift Basket~
Sugg. Price $66.50
**Special $46.55**
*Verbena Blossom™ Gift Set
Sugg. Price $66.50
**Special $46.55**
*White Lily Gift Basket
Sugg. Price $66.50
**Special $46.55**
*Wild West for Her Gift Basket
Sugg. Price $68.00
**Special $47.60**
*Wild West for Him Gift Basket Trio
Sugg. Price $62.00
**Special $43.40**
A Cherry Blossom SPA Gift Basket
Sugg. Price $116.95
**$57.00**
Aroma Snowflake Locket Gift Set
Sugg. Price $60.98
**Special $39.95**
Rise N Shine SPA Set
Sugg. Price $55.00
**Special $38.50**
Wild West Gift Basket for Him & Her
Sugg. Price $121.00
**Special $84.70**
***Indian Musk SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
**Morning Dew SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
**Sunset SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
*Annie SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
*Honeysuckle SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
*White Lily SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
BREATHE PURE & Aroma Cross Locket Gift Set
Sugg. Price $60.98
**Special $39.95**
Don't Touch Me™ Outdoor Body Spray 3 Pack
**$27.00**

Gift Baskets
*Annie Gift Basket
Sugg. Price $66.50
**Special $46.55**
*Citrus & Honey™ Gift Set
Sugg. Price $66.50
**Special $46.55**
*Evening Lavender™ Gift Set
Sugg. Price $66.50
**Special $46.55**
*Honeysuckle Gift Basket
Sugg. Price $66.50
**Special $46.55**
*Indian Musk Gift Basket
Sugg. Price $66.50
**Special $46.55**
*Morning Dew Fragrance Gift Basket for Her**
Sugg. Price $66.50
**Special $46.55**
*Sagebrush Men's Gift Basket
Sugg. Price $59.50
**Special $41.65**
*Stampede Men's Gift Basket
Sugg. Price $59.50
**Special $41.65**
*Sunset Gift Basket
Sugg. Price $66.50
**Special $46.55**
*Verbena Blossom™ Gift Set
Sugg. Price $66.50
**Special $46.55**
*White Lily Gift Basket
Sugg. Price $66.50

Special $46.55
   *Wild West for Her Gift Basket
Sugg. Price $68.00
Special $47.60
   *Wild West for Him Gift Basket Trio
Sugg. Price $62.00
Special $43.40
   A Cherry Blossom SPA Gift Basket
Sugg. Price $116.95
$57.00
   Rise N Shine SPA Set
Sugg. Price $55.00
Special $38.50
   Wild West Gift Basket for Him & Her
Sugg. Price $121.00
Special $84.70
   ***Indian Musk SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   **Morning Dew SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   **Sunset SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   *Annie SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   *Honeysuckle SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   *White Lily SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00

   Gift Certificates
   z**Gift Certificates for the Ladies ~ $50.00
   z*Gift Certificates for the Guys ~ $100.00
   z*Gift Certificates for the Guys ~ $25.00
   z*Gift Certificates for the Guys ~ $50.00
   z**Gift Certificates for the Ladies ~ $100.00
   z**Gift Certificates for the Ladies ~ $25.00

   Gifts for under $100
   z Calming Lavender
Journeys Training Essentials!
$74.00
   A Cherry Blossom SPA Gift Basket
Sugg. Price $116.95
$57.00
   Wild West Gift Basket for Him & Her
Sugg. Price $121.00
Special $84.70

   Gifts for under $25
   Annie ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
   Indian Musk ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
   Morning Dew ~ 3 Little Annie's™ Travelers with Suede Travel Pouch.
$12.50
   Sunset ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
   Honeysuckle ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
   White Lily ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
   Citrus & Honey ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
   Evening Lavender ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
   Verbena Blossom ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
   Stampede & Sagebrush ~ 6 AO Travelers™ with Suede Travel Pouch
$16.50
   Stampede ~ 3 AO Travelers™ with Suede Travel Pouch
$12.50
   Sagebrush ~ 3 AO Travelers™ with Suede Travel Pouch
$12.50
   Florals ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
$16.50
   Nature's Harvest ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
$16.50
   z Calming Lavender

AMZN_AOE3000006691

Muzzle Oil Rub™ **$22.00**

*Wild West® Natural Deodorizing Mens Body Spray
**For Every Guy $13.00**

Frankincense Room & Linen Spray
**$18.00**

*Indy Mint™ Room & Linen Spray
**$18.00**

*Citrus Fun Room & Linen Spray
**$15.00**

*Kick Back Room & Linen Spray
**(Formerly Named 101)**
**$15.00**

z Calming Lavender
**Ranch & Stall Spray™ $20.00**

Pumpkin Spice Room & Linen Spray
**$16.50**

Signature Scarf ~ Jewel Toned
**Sugg. Price $24.00**
**Special $18.95**

Signature Scarf ~ Pastel Palette
**Sugg. Price $24.00**
**Special $18.95**

*Stampede Body Spray Natural Deodorizing
**For Every Guy $13.00**

*Sagebrush Deodorizing Body Spray
**For Every Guy $13.00**

*Don't Touch Me™ Outdoor Body Spray
**$12.99**

*Deodorizing Body Spray Trio
**Sugg. Price $39.00**
**Special $24.95**

Gifts for under $50
z Calming Lavender
**Pure Essential Oil**
**$28.50**

Wild West Trio Gift Set
**$45.00**

Sunset SPA Body Combo
**$31.00**

*Wild West for Him & Her Cologne Duo
**Sugg. Price $58.00**
**Special $47.00**

*Five MUST HAVE Essential Oils Kit
**Sugg. Price $73.00**
**Special $49.00**

*Annie Gift Basket
**Sugg. Price $66.50**
**Special $46.55**

*Citrus & Honey™ Gift Set
**Sugg. Price $66.50**
**Special $46.55**

*Evening Lavender™ Gift Set
**Sugg. Price $66.50**
**Special $46.55**

*Honeysuckle Gift Basket
**Sugg. Price $66.50**
**Special $46.55**

*Indian Musk Gift Basket
**Sugg. Price $66.50**
**Special $46.55**

*Morning Dew Fragrance Gift Basket for Her**
**Sugg. Price $66.50**
**Special $46.55**

*Sagebrush Men's Gift Basket
**Sugg. Price $59.50**
**Special $41.65**

*Stampede Men's Gift Basket
**Sugg. Price $59.50**
**Special $41.65**

*Sunset Gift Basket
**Sugg. Price $66.50**
**Special $46.55**

*Verbena Blossom™ Gift Set
**Sugg. Price $66.50**
**Special $46.55**

*White Lily Gift Basket
**Sugg. Price $66.50**
**Special $46.55**

*Wild West for Her Gift Basket
**Sugg. Price $68.00**
**Special $47.60**

*Wild West for Him Gift Basket Trio

AMZN_AOE3000006692

Sugg. Price $62.00
Special $43.40
   Aroma Snowflake Locket Gift Set
Sugg. Price $60.98
Special $39.95
   Rise N Shine SPA Set
Sugg. Price $55.00
Special $38.50
   ***Indian Musk SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   **Morning Dew SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   **Sunset SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   *Annie SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   *Honeysuckle SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   *White Lily SPA Spring Gift Basket
Sugg. Price $70.00
Special $49.00
   BREATHE PURE & Aroma Cross Locket Gift Set
Sugg. Price $60.98
Special $39.95
   Bear Aroma Locket Necklace
$38.00
   Bohemian Flower Aroma Necklace
$38.00
   KICK BACK & Aroma Four Hearts Locket Gift Set
Sugg. Price $61.20
Special $39.95
   Don't Touch Me™ Outdoor Body Spray 3 Pack
$27.00

 Home Sprays
   Frankincense Room & Linen Spray
$18.00
   *Indy Mint™ Room & Linen Spray
$18.00
   *Citrus Fun Room & Linen Spray
$15.00
   *Kick Back Room & Linen Spray
(Formerly Named 101)
$15.00
   z Calming Lavender
Ranch & Stall Spray™ $20.00
   Pumpkin Spice Room & Linen Spray
$16.50

 Journeys
   z Calming Lavender
Journeys Training Essentials!
$74.00
   z Calming Lavender
Muzzle Oil Rub™ $22.00
   z Calming Lavender
Pure Essential Oil
$28.50
   z Calming Lavender
Ranch & Stall Spray™ $20.00

 Men's Products
   Stampede Cologne Miniature Splash
$6.50
   *Stampede Men's After Shave Balm Spray
$18.00
   *Stampede Natural Spray Cologne
$28.50
   z-AO Travelers for Men ~ Sagebrush ™
$3.95
   z-AO Travelers for Men ~ Stampede ®
$3.95
   *Sagebrush™ After Shave Balm Spray
$18.00
   *Sagebrush™ Natural Spray Cologne
$28.50
   Stampede & Sagebrush ~ 6 AO Travelers™ with Suede Travel Pouch
$16.50
   Stampede ~ 3 AO Travelers™ with Suede Travel Pouch

$12.50
Sagebrush ~ 3 AO Travelers™ with Suede Travel Pouch
$12.50
Wild West Mens Conditioner
$16.00
Wild West Mens Shampoo
$16.00
*Wild West® Natural Deodorizing Mens Body Spray
For Every Guy $13.00
*Wild West® Natural Spray Mens Cologne
For Every Guy $28.50
Wild West Trio Gift Set
$45.00

*Stampede Body Spray Natural Deodorizing
For Every Guy $13.00
*Sagebrush Deodorizing Body Spray
For Every Guy $13.00
*Wild West for Him & Her Cologne Duo
Sugg. Price $58.00
Special $47.00
Sagebrush ® Body Wash
$15.00
Sagebrush ® Hand and Body Lotion
$16.00
Sagebrush Conditioner
$16.00
Sagebrush Shampoo
$16.00
Stampede ® Body Wash
$15.00
Stampede ® Hand and Body Lotion
$16.00
Stampede Conditioner
$16.00
Stampede Shampoo
$16.00
Wild West ® Men's Body Wash
$15.00
Wild West ® Men's Hand and Body Lotion
$16.00
*Deodorizing Body Spray Trio
Sugg. Price $39.00
Special $24.95
*Sagebrush Men's Gift Basket
Sugg. Price $59.50
Special $41.65
*Stampede Men's Gift Basket
Sugg. Price $59.50
Special $41.65
*Wild West for Him Gift Basket Trio
Sugg. Price $62.00
Special $43.40
Wild West® After Shave Balm Spray
18.00

Nature's Harvest
z-Little Annie's Travelers ~ Citrus & Honey ™
$3.95
z-Little Annie's Travelers ~ Evening Lavender ™
$3.95
z-Little Annie's Travelers ~ Verbena Blossom ™
$3.95
*Citrus & Honey™ Eau de Cologne Natural Spray
$28.50
*Evening Lavender™ Eau de Cologne Natural Spray
$28.50
*Verbena Blossom™ Eau de Cologne Natural Spray
$28.50
Citrus & Honey ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
Evening Lavender ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
Verbena Blossom ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
$12.50
Nature's Harvest ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
$16.50
Citrus & Honey Foaming Body Wash
$15.00
Citrus & Honey Luxurious Body Lotion
$16.00
Citrus & Honey Radiance Shampoo
$16.00
Citrus & Honey Revitalizing Conditioner

$16.00
Evening Lavender Foaming Body Wash
$15.00
Evening Lavender Luxurious Body Lotion
$16.00
Evening Lavender Radiance Shampoo
$16.00
Evening Lavender Revitalizing Conditioner
$16.00
Verbena Blossom Foaming Body Wash
$15.00
Verbena Blossom Luxurious Body Lotion
$16.00
Verbena Blossom Radiance Shampoo
$16.00
Verbena Blossom Revitalizing Conditioner
$16.00
*Citrus & Honey™ Gift Set
Sugg. Price $66.50
Special $46.55
*Evening Lavender™ Gift Set
Sugg. Price $66.50
Special $46.55
*Verbena Blossom™ Gift Set
Sugg. Price $66.50
Special $46.55

Outlet Store
Sale
Wild West Trio Gift Set
$45.00

*Wild West for Him & Her Cologne Duo
Sugg. Price $58.00
Special $47.00
*Five MUST HAVE Essential Oils Kit
Sugg. Price $73.00
Special $49.00
*Deodorizing Body Spray Trio
Sugg. Price $39.00
Special $24.95
*Annie Gift Basket
Sugg. Price $66.50
Special $46.55
*Citrus & Honey™ Gift Set
Sugg. Price $66.50
Special $46.55
*Evening Lavender™ Gift Set
Sugg. Price $66.50
Special $46.55
*Honeysuckle Gift Basket
Sugg. Price $66.50
Special $46.55
*Indian Musk Gift Basket
Sugg. Price $66.50
Special $46.55
*Morning Dew Fragrance Gift Basket for Her**
Sugg. Price $66.50
Special $46.55
*Sagebrush Men's Gift Basket
Sugg. Price $59.50
Special $41.65
*Stampede Men's Gift Basket
Sugg. Price $59.50
Special $41.65
*Sunset Gift Basket
Sugg. Price $66.50
Special $46.55
*Verbena Blossom™ Gift Set
Sugg. Price $66.50
Special $46.55
*White Lily Gift Basket
Sugg. Price $66.50
Special $46.55
*Wild West for Her Gift Basket
Sugg. Price $68.00
Special $47.60
*Wild West for Him Gift Basket Trio
Sugg. Price $62.00
Special $43.40
A Cherry Blossom SPA Gift Basket
Sugg. Price $116.95
$57.00
Aroma Snowflake Locket Gift Set

Sugg. Price $60.98
**Special $39.95**
   Rise N Shine SPA Set
Sugg. Price $55.00
**Special $38.50**
   Wild West Gift Basket for Him & Her
Sugg. Price $121.00
**Special $84.70**
   Kick Back ® Blend in Jojoba Oil
Sugg. Price $18.95
**Special $13.25**
   Nature's High ® Blend in Jojoba Oil
Sugg. Price $18.95
**Special $13.25**
   No Problem ® Blend in Jojoba Oil
Sugg. Price $18.95
**Special $13.25**
   Rise 'N Shine ® Blend in Jojoba Oil
Sugg. Price $18.95
**Special $13.25**
   Second Wind ® Blend in Jojoba Oil
Sugg. Price $18.95
**Special $13.25**
   Journey Man ® Blend in Jojoba Oil
Sugg. Price $18.95
**Special $13.25**
   ***Indian Musk SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
   **Morning Dew SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
   **Sunset SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
   *Annie SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
   *Honeysuckle SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
   *White Lily SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
   BREATHE PURE & Aroma Cross Locket Gift Set
Sugg. Price $60.98
**Special $39.95**
   KICK BACK & Aroma Four Hearts Locket Gift Set
Sugg. Price $61.20
**Special $39.95**

  SPA Beauty
   Wild West Mens Conditioner
**$16.00**
   Wild West Mens Shampoo
**$16.00**
   Annie Foaming Body Wash
**$15.00**
   Annie Luxurious Body Lotion
**$16.00**
   Annie Radiance Shampoo
**$16.00**
   Annie Revitalizing Conditioner
**$16.00**
   Citrus & Honey Foaming Body Wash
**$15.00**
   Citrus & Honey Luxurious Body Lotion
**$16.00**
   Citrus & Honey Radiance Shampoo
**$16.00**
   Citrus & Honey Revitalizing Conditioner
**$16.00**
   Evening Lavender Foaming Body Wash
**$15.00**
   Evening Lavender Luxurious Body Lotion
**$16.00**
   Evening Lavender Radiance Shampoo
**$16.00**
   Evening Lavender Revitalizing Conditioner
**$16.00**
   Honeysuckle Foaming Body Wash
**$15.00**
   Honeysuckle Luxurious Body Lotion
**$16.00**

AMZN_AOE3000006696

Honeysuckle Radiance Shampoo
$16.00
Honeysuckle Revitalizing Conditioner
$16.00
Indian Musk Foaming Body Wash
$15.00
Indian Musk Luxurious Body Lotion
$16.00
Indian Musk Radiance Shampoo
$16.00
Indian Musk Revitalizing Conditioner
$16.00
Morning Dew Foaming Body Wash
$15.00
Morning Dew Luxurious Body Lotion
$16.00
Morning Dew Radiance Shampoo
$16.00
Morning Dew Revitalizing Conditioner
$16.00
Sunset Foaming Body Wash
$15.00
Sunset Luxurious Body Lotion
$16.00
Sunset Radiance Shampoo
$16.00
Sunset Revitalizing Conditioner
$16.00
Verbena Blossom Foaming Body Wash
$15.00
Verbena Blossom Luxurious Body Lotion
$16.00
Verbena Blossom Radiance Shampoo
$16.00
Verbena Blossom Revitalizing Conditioner
$16.00
White Lily Foaming Body Wash
$15.00
White Lily Luxurious Body Lotion
$16.00
White Lily Radiance Shampoo
$16.00
White Lily Revitalizing Conditioner
$16.00
Sunset SPA Body Combo
$31.00
Sagebrush ® Body Wash
$15.00
Sagebrush ® Hand and Body Lotion
$16.00
Sagebrush Conditioner
$16.00
Sagebrush Shampoo
$16.00
Stampede ® Body Wash
$15.00
Stampede ® Hand and Body Lotion
$16.00
Stampede Conditioner
$16.00
Stampede Shampoo
$16.00
Wild West ® Men's Body Wash
$15.00
Wild West ® Men's Hand and Body Lotion
$16.00
*Cherry Blossom Foaming Body Wash
$15.00
*Cherry Blossom Luxurious Body Lotion
$16.00
*Cherry Blossom Radiance Shampoo
$16.00
*Cherry Blossom Revitalizing Conditioner
$16.00
*Annie Gift Basket
Sugg. Price $66.50
Special $46.55
*Citrus & Honey™ Gift Set
Sugg. Price $66.50
Special $46.55
*Honeysuckle Gift Basket
Sugg. Price $66.50
Special $46.55
*Cherry Blossom SPA Gift Basket

A Cherry Blossom SPA Gift Basket
Sugg. Price $116.95
**$57.00**
　Rise N Shine SPA Set
Sugg. Price $55.00
**Special $38.50**
　***Indian Musk SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　**Morning Dew SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　**Sunset SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　*Annie SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　*Honeysuckle SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　*White Lily SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　Wild West for Her
Foaming Body Wash
**$15.00**
　Wild West for Her
Luxurious Body Lotion
**$16.00**
　Wild West for Her
Radiance Shampoo
**$16.00**
　Wild West for Her
Revitalizing Conditioner
**$16.00**

　Special Offers
　*Indy Mint™ Room & Linen Spray
**$18.00**
　*Citrus Fun Room & Linen Spray
**$15.00**
　*Deodorizing Body Spray Trio
Sugg. Price $39.00
**Special $24.95**
　A Cherry Blossom SPA Gift Basket
Sugg. Price $116.95
**$57.00**
　***Indian Musk SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　**Morning Dew SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　**Sunset SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　*Annie SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　*Honeysuckle SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**
　*White Lily SPA Spring Gift Basket
Sugg. Price $70.00
**Special $49.00**

　Stampede for Men
　Stampede Cologne Miniature Splash
**$6.50**
　*Stampede Men's After Shave Balm Spray
**$18.00**
　*Stampede Natural Spray Cologne
**$28.50**
　z-AO Travelers for Men ~ Sagebrush ™
**$3.95**
　z-AO Travelers for Men ~ Stampede ®
**$3.95**
　*Sagebrush™ After Shave Balm Spray
**$18.00**
　*Sagebrush™ Natural Spray Cologne
**$28.50**
　Stampede & Sagebrush ~ 6 AO Travelers™ with Suede Travel Pouch
**$16.50**

AMZN_AOE3000006698

Stampede ~ 3 AO Travelers™ with Suede Travel Pouch
**$12.50**

Sagebrush ~ 3 AO Travelers™ with Suede Travel Pouch
**$12.50**

*Wild West® Natural Deodorizing Mens Body Spray
**For Every Guy $13.00**

*Wild West® Natural Spray Mens Cologne
**For Every Guy $28.50**

Wild West Trio Gift Set
**$45.00**


*Stampede Body Spray Natural Deodorizing
**For Every Guy $13.00**

*Sagebrush Deodorizing Body Spray
**For Every Guy $13.00**

Sagebrush ® Body Wash
**$15.00**

Sagebrush ® Hand and Body Lotion
**$16.00**

Sagebrush Conditioner
**$16.00**

Sagebrush Shampoo
**$16.00**

Stampede ® Body Wash
**$15.00**

Stampede ® Hand and Body Lotion
**$16.00**

Stampede Conditioner
**$16.00**

Stampede Shampoo
**$16.00**

*Deodorizing Body Spray Trio
Sugg. Price $39.00
**Special $24.95**

*Sagebrush Men's Gift Basket
Sugg. Price $59.50
**Special $41.65**

*Stampede Men's Gift Basket
Sugg. Price $59.50
**Special $41.65**


What's New
*Cherry Blossom Eau de Toilette Natural Spray
**$32.00**

*Indy Mint™ Room & Linen Spray
**$18.00**

*Citrus Fun Room & Linen Spray
**$15.00**

*Kick Back Room & Linen Spray
(Formerly Named 101)
**$15.00**

Pumpkin Spice Room & Linen Spray
**$16.50**

Peppermint Essential Oil
**$9.49**

Frankincense Essential Oil
**$18.95**

Rose in Jojoba Oil Essential Oil
**$47.50**

*Don't Touch Me™ Outdoor Body Spray
**$12.99**

*Five MUST HAVE Essential Oils Kit
Sugg. Price $73.00
**Special $49.00**

Aroma Snowflake Locket Gift Set
Sugg. Price $60.98
**Special $39.95**

Rise N Shine SPA Set
Sugg. Price $55.00
**Special $38.50**

BREATHE PURE & Aroma Cross Locket Gift Set
Sugg. Price $60.98
**Special $39.95**

Wild West® After Shave Balm Spray
**18.00**

Bear Aroma Locket Necklace
**$38.00**

Bohemian Flower Aroma Necklace
**$38.00**

KICK BACK & Aroma Four Hearts Locket Gift Set
Sugg. Price $61.20
**Special $39.95**

Don't Touch Me™ Outdoor Body Spray 3 Pack
**$27.00**

AMZN_AOE3000006699

### Wild West for Men
Wild West Mens Conditioner
**$16.00**
Wild West Mens Shampoo
**$16.00**
*Wild West® Natural Deodorizing Mens Body Spray
**For Every Guy $13.00**
*Wild West® Natural Spray Mens Cologne
**For Every Guy $28.50**
Wild West Trio Gift Set
**$45.00**

*Wild West for Him & Her Cologne Duo
**Sugg. Price $58.00**
**Special $47.00**
Wild West ® Men's Body Wash
**$15.00**
Wild West ® Men's Hand and Body Lotion
**$16.00**
*Deodorizing Body Spray Trio
**Sugg. Price $39.00**
**Special $24.95**
*Wild West for Him Gift Basket Trio
**Sugg. Price $62.00**
**Special $43.40**
Wild West Gift Basket for Him & Her
**Sugg. Price $121.00**
**Special $84.70**
Wild West® After Shave Balm Spray
**18.00**
*Wild West for Her Eau de Toilette Natural Spray
**$30.00**

### Women's Fragrances
*Annie ® Eau de Toilette Natural Spray
**$28.50**
*Indian Musk ® Eau de Toilette Natural Spray
**$28.50**
*Morning Dew ® Eau de Toilette Natural Spray
**$28.50**
*White Lily ™ Eau de Toilette Natural Spray
**$28.50**
z-Little Annie's Travelers ~ Annie ®
**$3.95**
z-Little Annie's Travelers ~ Citrus & Honey ™
**$3.95**
z-Little Annie's Travelers ~ Evening Lavender ™
**$3.95**
z-Little Annie's Travelers ~ Honeysuckle
**$3.95**
z-Little Annie's Travelers ~ Indian Musk ®
**$3.95**
z-Little Annie's Travelers ~ Sunset ®
**$3.95**
z-Little Annie's Travelers ~ Verbena Blossom ™
**$3.95**
z-Little Annie's Travelers ~ White Lily ™
**$3.95**
*Sunset ® Eau de Toilette Natural Spray
**$28.50**
z-Little Annie's Travelers ~ Morning Dew ®
**$3.95**
*Citrus & Honey™ Eau de Cologne Natural Spray
**$28.50**
*Evening Lavender™ Eau de Cologne Natural Spray
**$28.50**
*Verbena Blossom™ Eau de Cologne Natural Spray
**$28.50**
*Honeysuckle Eau de Toilette Natural Spray
**$28.50**
Annie ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
Indian Musk ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
Morning Dew ~ 3 Little Annie's™ Travelers with Suede Travel Pouch.
**$12.50**
Sunset ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
Honeysuckle ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
White Lily ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
Citrus & Honey ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

**$12.50**

Evening Lavender ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

**$12.50**

Verbena Blossom ~ 3 Little Annie's™ Travelers with Suede Travel Pouch

**$12.50**

Florals ~ 6 Little Annie's™ Travelers with Suede Travel Pouch

**$16.50**

Nature's Harvest ~ 6 Little Annie's™ Travelers with Suede Travel Pouch

**$16.50**

*Cherry Blossom Eau de Toilette Natural Spray

**$32.00**

*Wild West for Him & Her Cologne Duo

Sugg. Price $58.00

**Special $47.00**

A Cherry Blossom SPA Gift Basket

Sugg. Price $116.95

**$57.00**

*Wild West for Her Eau de Toilette Natural Spray

**$30.00**

REQUEST A CATALOG

Customer Service, Comments or Help? CLICK HERE or PHONE 1-800-922-6643    REFER A FRIEND TO THIS SITE!

Home | What's New | Collections | Products | Gift Ideas | Store Locator | Company | Become a Retailer | Site Map
©2000-2009 Annie Oakley Ent. Inc. All worldwide rights reserved. | Terms & Conditions | Privacy Policy

AMZN_AOE3000006701

https://web.archive.org/web/20160620173251/http://www.annieoakley.com/sitemap.aspx

AMZN_AOE3000006702

 INTERNET ARCHIVE WayBackMachine    http://www.annieoakley.com/sitemap.aspx    Go    41 captures    31 Dec 2007 - 30 Jan 2018    APR **JUN** AUG    ◀ **20** ▶    2015 **2016** 2017    ▼ About this capture 



**Find us on Facebook** 

My Account • Shopping Bag (0 Items) • Help?

Search

Home | Tours | What's New | Collections | Products | Gift Ideas | Store Locator | Company

**WhatsNew.aspx**
**Collections.aspx**
**StoreLocator/Main.aspx**
**Company.aspx**
**Retailer.aspx**
**Legal.aspx**
**Privacy.aspx**
**Annie Oakley Travelers**
  z-Little Annie's Travelers ~ Annie ®
**$3.95**
  z-Little Annie's Travelers ~ Citrus & Honey ™
**$3.95**
  z-Little Annie's Travelers ~ Evening Lavender ™
**$3.95**
  z-Little Annie's Travelers ~ Honeysuckle
**$3.95**
  z-Little Annie's Travelers ~ Indian Musk ®
**$3.95**
  z-Little Annie's Travelers ~ Sunset ®
**$3.95**
  z-Little Annie's Travelers ~ Verbena Blossom ™
**$3.95**
  z-Little Annie's Travelers ~ White Lily ™
**$3.95**
  z-AO Travelers for Men ~ Sagebrush ™
**$3.95**
  z-AO Travelers for Men ~ Stampede ®
**$3.95**
  z-Little Annie's Travelers ~ Morning Dew ®.
**$3.95**
  Annie ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Indian Musk ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Morning Dew ~ 3 Little Annie's™ Travelers with Suede Travel Pouch.
**$12.50**
  Sunset ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Honeysuckle ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  White Lily ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Citrus & Honey ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Evening Lavender ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Verbena Blossom ~ 3 Little Annie's™ Travelers with Suede Travel Pouch
**$12.50**
  Stampede & Sagebrush ~ 6 AO Travelers™ with Suede Travel Pouch
**$16.50**
  Stampede ~ 3 AO Travelers™ with Suede Travel Pouch
**$12.50**
  Sagebrush ~ 3 AO Travelers™ with Suede Travel Pouch
**$12.50**
  Florals ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
**$16.50**
  Nature's Harvest ~ 6 Little Annie's™ Travelers with Suede Travel Pouch
**$16.50**
  Wild West Trio Gift Set
**$45.00**

  **Bath and Body Care**
  Body Oil, Unscented
**$15.95**
  Body Oil, Unscented
**$15.95**
  *Stampede Mens After Shave Balm Splash
**$28.50**
  Sea Wool Natural Sponge ~ LARGE

AMZN_AOE3000006703

$24.95
Sea Wool Natural Sponge ~ MEDIUM
$17.95
Sea Wool Natural Sponge ~ SMALL
$12.95
*Sagebrush™ After Shave Balm Splash
$28.50
z Calming Lavender
Journeys Training Essentials!
$74.00
z Calming Lavender
Muzzle Oil Rub™ $22.00
z Calming Lavender
Pure Essential Oil
$28.50
Wild West for Her
Revitalizing Conditioner
$16.00
Wild West for Her
Radiance Shampoo
$16.00
Wild West for Her
Luxurious Body Lotion
$16.00
Wild West for Her
Foaming Body Wash
$15.00
Wild West Mens Conditioner
$16.00
Wild West Mens Shampoo
$16.00
Annie Foaming Body Wash
$15.00
Annie Luxurious Body Lotion
$16.00
Annie Radiance Shampoo
$16.00
Annie Revitalizing Conditioner
$16.00
Citrus & Honey Foaming Body Wash
$15.00
Citrus & Honey Luxurious Body Lotion
$16.00
Citrus & Honey Radiance Shampoo
$16.00
Citrus & Honey Revitalizing Conditioner
$16.00
Evening Lavender Foaming Body Wash
$15.00
Evening Lavender Luxurious Body Lotion
$16.00
Evening Lavender Radiance Shampoo
$16.00
Evening Lavender Revitalizing Conditioner
$16.00
Honeysuckle Foaming Body Wash
$15.00
Honeysuckle Luxurious Body Lotion
$16.00
Honeysuckle Radiance Shampoo
$16.00
Honeysuckle Revitalizing Conditioner
$16.00
Indian Musk Foaming Body Wash
$15.00
Indian Musk Luxurious Body Lotion
$16.00
Indian Musk Radiance Shampoo
$16.00
Indian Musk Revitalizing Conditioner
$16.00
Morning Dew Foaming Body Wash
$15.00
Morning Dew Luxurious Body Lotion
$16.00
Morning Dew Radiance Shampoo
$16.00
Morning Dew Revitalizing Conditioner
$16.00
Sunset Foaming Body Wash
$15.00
Sunset Luxurious Body Lotion
$16.00
Sunset Radiance Shampoo

AMZN_AOE3000006704