IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RENEE GABET and<br>ANNIE OAKLEY ENTERPRISES, INC.,<br><br>Plaintiffs,<br><br>-vs.-<br><br>AMAZON.COM, INC., and<br>JOHN DOES 1-50,<br><br>Defendants. | No. 1:22-cv-02246-JPH-MKK |

### STIPULATION OF DISMISSAL OF CLAIMS
### WITH PREJUDICE AND COUNTERCLAIMS WITHOUT PREJUDICE

Plaintiffs Renee Gabet and Annie Oakley Enterprises, Inc. (collectively, "Plaintiffs") and Defendant Amazon.com, Inc. ("Defendant"), having resolved all pending claims and counterclaims, hereby STIPULATE AND AGREE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiffs' claims are dismissed with prejudice, Defendant's counterclaims are dismissed without prejudice, each party to bear her or its own fees and costs.

March 10, 2025

/s/ Robert T. Cruzen
Robert T. Cruzen (Admitted *pro hac vice*)
Klaus H. Hamm (Admitted *pro hac vice*)
Caroline L. Desmond (Admitted *pro hac vice*)
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301
rob.cruzen@klarquist.com
klaus.hamm@klarquist.com

Respectfully submitted,



Paul B. Overhauser
OVERHAUSER LAW OFFICES LLC
18 E. Main St., Ste. 202
Greenfield, Indiana 46140
Telephone: (317) 467-9100
poverhauser@overhauser.com

Attorney for Plaintiffs
ANNIE OAKLEY ENTERPRISES, INC. and
RENEE GABET

caroline.desmond@klarquist.com

Counsel for Defendant
AMAZON.COM, INC.