UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RENEE GABET, <br> ANNIE OAKLEY ENTERPRISES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM INC, <br> JOHN DOES 1-50, <br><br> Defendants. | ) ) ) ) ) ) ) No. 1:22-cv-02246-JPH-MKK ) ) ) ) ) |

## **ORDER**

The Parties have filed a stipulation for dismissal. (Dkt. 567). The following motions for sanctions are currently pending:

- Dkt. No. 319 – Amazon's Motion for Sanctions

- Dkt. No. 375 – Amazon's Motion for Attorney Fees

- Dkt. No. 391 – Amazon's Motion to Exclude Late-Disclosed Categories of Damages and Supporting Evidence, or Alternatively to Partially Reopen Discovery

- Dkt. No. 408 – Amazon's Motion for Rule 37(b) Sanctions for Plaintiffs Failure to Comply with Privilege Log Order

- Dkt. No. 435 – Amazon's Motion for Rule 37 Sanctions for Plaintiffs' Failure to Obey Order Requiring Identification of Plaintiffs' Products

- Dkt. No. 459 – Plaintiffs' Motion for Order to Show Cause why Amazon and its Counsel should not be sanctioned for making False Statements to Court, Failing to Obey Order Court Orders, and Multiplying Proceedings
- Dkt. No. 463 – Amazon's Motion for Attorney Fees Related to Opposing Plaintiffs' Objections to Order Requiring Overhauser Law Offices, LLC, to Pay $30,242.25 to Amazon

Given the parties' recent stipulation of dismissal, the Court infers that the Parties' settlement agreement included an agreement to withdraw, or otherwise resolve, the above Motions. If, however, either party disagrees with this inference and believes that one or more of the above Motions should remain pending, that party shall file a notice informing the Court of its position **no later than March 18, 2025.** Should a party decline to file such a notice, the Court shall interpret that decision as confirmation that the Court's inference is correct.

Additionally, the Court reminds the Parties that motions to seal remain pending even after claims are dismissed and that the Parties' obligations pursuant to Local Rule 5-11 remain until the Court rules on the motions. S.D. Ind. L.R. 5-11(d)–(f).

So ORDERED.

Date: 3/11/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF