UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RENEE GABET,<br>ANNIE OAKLEY ENTERPRISES INC., <br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM INC,<br>JOHN DOES 1-50,<br><br>    Defendants.| )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:22-cv-02246-JPH-MKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| AMAZON.COM INC,<br><br>    Counter Claimants,<br><br>    v.<br><br>ANNIE OAKLEY ENTERPRISES INC.,<br>RENEE GABET,<br><br>    Counter Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY**

The Court **acknowledges** the stipulation of dismissal at docket 567. Dkt. [567]. The **Clerk is directed** to close this case on the docket. The previous stipulation of dismissal is **stricken**. Dkt. [558]. All pending motions are **terminated** because the parties have indicated that they are resolved under their settlement agreement. Dkt. 568.

**SO ORDERED.**

1

Date: 3/20/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel