AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Indiana Southern District Indianapolis Division on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:22-cv-2246 | DATE FILED<br>3/20/2025 | U.S. DISTRICT COURT<br>Indiana Southern District Indianapolis Division |
|---|---|---|
| PLAINTIFF<br>Renee Gabet et al. | | DEFENDANT<br>AMAZON.COM, INC. et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3510209 | 11/1/2018 | Renee A. Gabet |
| 2 | 2547492 | 3/12/2002 | Renee A. Gabet |
| 3 | 2024708 | 12/17/1996 | Renee A. Gabet |
| 4 | 1836520 | 5/17/1994 | Renee A. Gabet |
| 5 | 1792108 | 9/7/1993 | Renee A. Gabet |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☑ Answer   ☐ Cross Bill   ☑ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3990283 | 7/5/2011 | Renee A. Gabet |
| 2 | 2549750 | 3/19/2002 | Renee A. Gabet |
| 3 | 5794351 | 7/2/2019 | Renee A. Gabet |
| 4 | 2024708 | 12/17/1996 | Renee A. Gabet |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| The Court acknowledges the stipulation of dismissal at docket 567. The Clerk is directed to close this case on the docket. |

| CLERK<br>*Kristine L. Seufert*<br>Clerk, U.S. District Court | (BY) DEPUTY CLERK<br>*Karen Angermeier* | DATE<br>4/2/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

[Print]   [Save As...]   [Reset]