UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RENEE GABET, ANNIE OAKLEY ENTERPRISES INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:22-cv-02246-JPH-MKK ) |
| AMAZON.COM INC, JOHN DOES 1-50, | ) ) ) ) |
| Defendants. | ) ) |
| AMAZON.COM INC, | ) ) ) |
| Counter Claimants, | ) ) ) ) |
| v. | ) ) |
| ANNIE OAKLEY ENTERPRISES INC., RENEE GABET, | ) ) ) ) |
| Counter Defendants. | ) ) |

**ENTRY**

The Court **acknowledges** the stipulation of dismissal at docket 567. Dkt. [567].  The **Clerk is directed** to close this case on the docket.  The previous stipulation of dismissal is **stricken**. Dkt. [558].  All pending motions are **terminated** because the parties have indicated that they are resolved under their settlement agreement.  Dkt. 568.

**SO ORDERED.**

1

Date: 3/20/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel